**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HAMLIN TEC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No. 1:23-cv-03415<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Heather K. McShain |

**DECLARATION OF RAFAEL R. RODRIGUEZ**

I, Rafael R. Rodriguez, declare and state as follows:

1. I work at JPMorgan Chase Bank, N.A. ("Chase") as a Vice President Senior Branch Manager at 513 Central Ave, Highland Park, Illinois, 60035 (the "Chase Highland Park Branch").

2. I am familiar with certain of Chase's business operations, the opening of business banking deposit and savings accounts, and general business banking practices. Except as otherwise indicated, I have knowledge of the facts set forth herein based upon my review of Chase business records, maintained by Chase in the ordinary course of business, and based on my knowledge of certain of Chase's practices.

3. On October 24, 2019, Bogdan Munteanu signed a Business Signature Card on Plaintiff's behalf to open an Account ending in -3593 with Chase.

4. Attached as Exhibit A is a signature card dated October 24, 2019 for the business bank account ending in -3593, which was opened by Hamlin Tec, Inc.

5. Exhibit A is a business record made in the ordinary course of business at Chase, and it was the regular course of Chase to make such records by a person with knowledge or a computerized system recording the information at or near the time of the event described, or from

information transmitted from a person with knowledge of the act, transaction, occurrence, or event at the time of such act, transaction, occurrence, or event or within a reasonable time thereafter.

6. In addition to Account -3593, which is held in Hamlin Tec's name, Hamlin Tec holds deposit accounts with Chase ending in -7241 and -1635, and Munteanu holds personal deposit accounts with Chase ending in -3900, -9462, -2562, -8125, and -3595.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on October 3, 2024, in Highland Park, Illinois.

Rafael R. Rodriguez

# Appendix D, Exhibit A
# (Filed Under Seal Pursuant to Dkt. 36 at Dkt. 33, Ex. A)