# APPENDIX F

## Deposition of Hamlin Tec, Inc.'s Corporate Representative

## Bogdan J. Munteanu
## President and Owner of Hamlin Tec, Inc.

## Deposition Conducted July 31, 2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAMLIN TEC, INC., | ) | |
| | ) | No. 1:23-cv-03415 |
| Plaintiff, | ) | |
| | ) | Honorable Sara L. |
| -vs- | ) | Ellis |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | Magistrate Judge |
| | ) | Heather K. |
| Defendant. | ) | McShain |

The remote Zoom deposition of BOGDAN MUNTEANU, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CAROLYN J. HAWKES, C.S.R., within and for the State of Illinois, on the 31st day of July, 2024, at the hour of 11:00 a.m. CST.

COUNSEL PRESENT: (Via Zoom)

POLLACK LAW FIRM, by:
MR. STEVE POLLACK
49 Sherwood Terrace
Suite 49-X
Lake Bluff, Illinois 60044
847.436.9566
steve@ecoesq.com,
appearing on behalf of the Plaintiff;

GREENBERG TRAURIG, LLP, by:
MR. CHRISTOPHER A. MAIR
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
312.456.8400
ferakp@gtlaw.com,
appearing on behalf of the Defendant.



INDEX


| WITNESS: | EXAMINATION: |
|---|---|
| BOGDAN MUNTEANU | |
| By Mr. Mair | 5 |
| Mr. Pollack | 50 |


EXHIBITS


| NUMBER: | DESCRIPTION: | INTRODUCED: |
|---|---|---|
| DEFENDANT'S EXHIBITS | | |
| Exhibit 1 | Second Amended Notice of Deposition | 9 |
| Exhibit 2 | Amazon Storefront | 14 |
| Exhibit 3 | Jennifer Klomp Email | 28 |
| Exhibit 4 | Signature Card | 39 |
| Exhibit 5 | Deposit Account Agreement and Privacy Notice | 44 |
| PLAINTIFF'S EXHIBITS | | |
| Exhibit 1 | Transfer Instructions | 51 |




THE COURT REPORTER: This is the deposition of Bogdan Munteanu, taken in the matter of Hamlin Tec, Inc., vs. JPMorgan Chase Bank, N.A.

Counsel, can you please identify yourselves for the record, state whom you represent, and state on the record that you have no objection to this Certified Shorthand Reporter administering a binding oath remotely to this witness via Zoom?

MR. POLLACK: This is Steve Pollack. I represent the deponent and Hamlin Tec, and I have no objection to the online oath.

MR. MAIR: This is Christopher Mair on behalf of JPMorgan Chase Bank. No objection.

THE COURT REPORTER: Mr. Munteanu, would you please state your name and current location, just city and state, for the record?

THE WITNESS: Bogdan Munteanu. Prospect Height, Illinois.

(WHEREUPON, the witness was first remotely duly sworn.)



BOGDAN MUNTEANU,

called as a witness herein on behalf of the Defendant, having been first remotely duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. MAIR:

Q. Good morning, Mr. Munteanu. Am I pronouncing your last name correctly?

A. Good enough. Thank you.

Q. Thank you. I'll try my best --

A. Yeah, I know.

Q. -- with this deposition. I apologize if I screw it up.

A. Don't worry about it. It's way closer than some other people, so it's good.

Q. Thank you. My name is Christopher Mair. I'm an attorney with Greenberg Traurig, and I represent JP Morgan Chase Bank in this proceeding. I'm going to be asking you some questions today. And I guess my first question for you is have you ever been deposed before?

A. Deposed?

Q. And when I say deposed, I mean in a court case you've sat and provided answers to

questions --
A. No.
Q. -- under oath, like you're doing today?
A. No.
Q. Okay. So to that end, in order to make the deposition run more smoothly, I'm going to run through a couple ground rules with you. That, hopefully, makes the court reporter's job a lot easier, who is taking down every word that we're saying in this proceeding.
So the first rule, I'd ask you to answer -- provide answers clearly and audibly. Please do not provide any gestures or head shakes or motions as answers, since the court reporter cannot transcribe them. Does that make sense?
A. Yes.
Q. The second request that I have, there may be times when you may anticipate where I'm sometimes going with my questions. I'd ask you to wait until I finish my question before you answer so the court reporter can take down the record correctly. Does that make sense?
A. Yes.
Q. If at any time you don't understand my



question, please let me know, and I'll try my best to clarify. Okay?
A. Okay.
Q. And, Mr. Munteanu, if you need a break at any time, please let us know. My only request is if you're in the middle of an answer, I'd ask that you please finish your response first before we take a break. Is that okay?
A. Okay.
Q. So you understand that you are providing responses on behalf of Hamlin Tec, Incorporated?
A. Yes.
Q. And for purposes of this deposition when I refer to Hamlin or Hamlin Tec, I'm referring to Hamlin Tec, Incorporated. Is that all right?
A. Yes.
Q. Did you do anything to prepare for this deposition?
A. Yes.
Q. What did you do?
A. I had a meeting with my counselor.
Q. Okay. And outside of meeting with your counselor, because I don't want to know about conversations or anything that you had with your



attorney, have you done anything else to prepare for this deposition?
A. No.
Q. Did you review any documents in preparation for this deposition?
A. Yes.
Q. I noticed that you looked down when you answered. Are there any documents in front of you right now?
A. No. It's a phone. And I'll put it away because it messages like crazy.
Q. Understood. I'm sure you're a very busy man, so I appreciate you taking the time today.
So what documents do you recall reviewing in preparation for this deposition?
A. Well, the complaint.
Q. Okay. Anything else?
A. And then the original email from where everything started.
Q. Okay. And when you say the original email where everything started, are you referring to the email that was sent to you from the individual purporting to be with Union Electronic Distributors?



A. Yes.
Q. Okay. We'll talk about that in more detail, but I just wanted to confirm that was the original email you were referring to.
Are there any other documents that you can recall reviewing in preparation for this deposition today?
A. No.
Q. One second. I'm just going to share my screen.
(WHEREUPON, DEFENDANT'S Exhibit 1 was introduced into evidence.)
BY MR. MAIR:
Q. Mr. Munteanu, can you see the document that is currently on my screen?
A. Yes.
Q. And have you seen this document before?
MR. POLLACK: Can you scroll it?
BY THE WITNESS:
A. This is a check? No?
BY MR. MAIR:
Q. No, this is not a check. So I'll represent that this is JP Morgan Chase Bank's Second Amended Notice of Deposition that was

issued to you through your counsel. You'll note that there are a number of topics attached as a schedule to this document for examination.
Do you -- oh, my apologies. That is not what I'm trying to show you. One second.
A. Okay.
Q. That might explain it, because that did look like a check.
MR. POLLACK: You know, just for help, if you've got multiple windows open, you can go through them.
BY MR. MAIR:
Q. So this is the document, Mr. Munteanu, that I am trying to show you. Do you see this?
A. Yes.
Q. And have you seen this document before? I can scroll slowly for you.
A. Yes.
Q. Okay. And you've reviewed the topics that were identified for examination?
A. Yes.
Q. Okay. Are you prepared to testify today about those topics?
A. Yes.



Q. Okay. Other than your attorney, have you spoken to anyone to prepare for this deposition?
A. No.
Q. And with respect to Hamlin Tec, what year was it founded?
A. 2019.
Q. You're the president of Hamlin Tec?
A. Yes.
Q. You're also the owner of Hamlin Tec?
A. Yes.
Q. Have you always been an owner?
A. Yes.
Q. Are there any other owners of Hamlin Tec?
A. No. Not now.
Q. So previously there were other owners of Hamlin Tec?
A. Yes.
Q. Were there more than one previous owner of Hamlin Tec?
A. No.
Q. So it was just one other individual that had an ownership interest in Hamlin Tec?



A. Yes.
Q. And who was the -- what's the name of that individual?
A. Robyn Pauker.
Q. Could you spell that for the record, please?
A. R-o-b-y-n, and then last name Pauker, P-a-u-k-e-r.
Q. And when did Mr. Pauker become an owner or a part owner in Hamlin Tec?
A. Well, she started the company.
Q. Understood. So Robyn Pauker started the company and you acquired it from her?
A. Well, first we're partners for a while and then I bought her out.
Q. Understood. When did Ms. Pauker cease becoming a part owner in Hamlin Tec?
A. 2020.
Q. So she wouldn't have had any involvement or awareness or understanding of the events that occurred in January of 2022?
A. No.
Q. Have you spoken with Ms. Pauker about the events that are subject to this lawsuit?



A. No.
Q. What type of business is Hamlin Tec?
A. Well, we're a wholesaler/retailer. So basically we sell appliance parts and at the same time we have a few contracts with some major retailers where we buy grade B -- not grade B -- customer returns and then we refurbish them and resell them. But our market, most -- 75 percent of our sales come from Amazon.
Q. And what major retailers do you do business with?
A. CDW. It's not a retailer. It's a big company. CDW is our main, but then sometimes we buy from Best Buy, sometimes we buy from -- there's like a secondary market site where you can buy from different retailers, but we buy direct from CDW. CDW is our main.
And then we also have accounts with the major appliance distributor -- appliance parts distributor called Marcone, so. . .
Q. And you mentioned that 75 percent of your business comes from Amazon?
A. Correct. Yes.
Q. And what do you mean when you say that?

Is that products that you're selling on Amazon?
A. Yes.
Q. You operate an Amazon storefront?
A. Yes.
Q. I'm going to show you a document that is attached as Exhibit 2 in referencing the Amended Notice of Deposition and had been Deposition Exhibit 1.
(WHEREUPON, DEFENDANT'S Exhibit 2 was introduced into evidence.)
BY THE WITNESS:
A. That's me.
BY MR. MAIR:
Q. Mr. Munteanu, do you see the attached document on your screen?
A. Yes.
Q. And do you recognize what this is?
A. It's our storefront.
Q. This is your Amazon storefront, correct?
A. Correct.
Q. And this is your seller information below, is that right?
A. Yes.
Q. Do you engage in other online commerce



other than through Amazon?
A. Yes.
Q. And what sources of other online commerce does Hamlin Tec engage in?
A. Walmart. They also do the same thing as Amazon. And then New Egg, but New Egg is zero, so no. Walmart and Amazon.
Q. Understood. And in terms of just so I have an understanding, you have products, you're able to place them on Amazon's site or Walmart's site, and then consumers can purchase those products from the website and you receive a source of compensation from that?
A. Yes.
Q. How does Hamlin Tec obtain the products that it sells?
A. Well, Marcone is our number one distributor.
Q. So Marcone will have products, you will purchase those products from Marcone, and then you will sell them via online commerce?
A. Yes. And then also CDW.
Q. Are there purchases from other businesses or entities other than CDW, Marcone,



and Best Buy?
A. Nothing major. I mean, yeah, there might be from like different small companies. You know, sometimes we act as liquidators, so somebody says, you know, we're going out of business, make me an offer, you know. So yeah, we do those kind of things, but --
Q. -- understood.
A. -- nothing major.
Q. So there are a wide number of sources of potential avenues to receive products that you would then go on and sell in your business?
A. Yes.
Q. How did you get involved in this business?
A. I got fired.
Q. Sometimes they say, you know, the best entrepreneurial opportunities are the ones that come, you know, at the end of a layoff or fire, termination.
A. A long story short, so I used to work for an IT company in the Loop, and I got laid off. And then I used to have a friend that used to buy truckloads of Best Buy customer returns, so I used



to go and buy from him and then sell on Ebay.
So then I got bigger and bigger and bigger, you know, and then I went from my basement to a warehouse in Racine, Wisconsin, and then we ended up assembling cracked screen TV's -- removing the parts and selling them, and then that company went from $0 to $3 million in sales in like a year and a half.
So then our main competitor bought us out, we sold, and then I start doing this on -- I mean, I didn't do anything for a few years. I mean, I was just doing builds.
And then I found Robyn's -- actually, Robyn's husband was doing this company, and they were not doing anything with it, so I came with -- I used to sell to Union Electronics TV parts, so I brought them in, and we start buying from them appliance parts. Because actually that's what they do, they sell appliance parts.
And we start doing Amazon because we buy at dealer prices. Is not a big margin, but, you know, if you sell quantity, you know, you make some money, so that's how we ended up.

Page 18

Q. So would you say that Hamlin Tec is doing pretty well?
A. We're doing okay. Not as good as we did a couple years ago.
Q. Okay. And when you say a couple years ago, what years are you referring to?
A. Up until -- up until last year. We used to do a lot more business because we had Union Electronics, and because I lost that after what happened with this, then I have to switch vendors. And I went to Marcone, and Marcone prices are not as good as Union Electronics, so we're not doing as good as we used to, but we're still doing okay.
Q. So Union Electronic Distributors was -- is essentially a wholesaler, like CDW, like Marcone, they are in that business of selling products that you would purchase and then you would sell them on your online commerce?
A. Yes. Appliance parts only.
Q. Got it. And so when you -- you know, for purposes of this deposition and in your business when you refer to vendors, are you talking about the entities that you are purchasing products from?

Page 19

A. Yes.
Q. How does Hamlin Tec pay for the purchases that it makes from other entities?
A. Most of them are being paid -- I mean -- not most of them. All of them are being paid ACH.
Q. Okay. And when you say ACH, those are payments that you would -- or Hamlin Tec would go on its online profile with its bank, enter the information, and send the funds to the vendor?
A. Yes, but -- hold on now. If I think about it, actually Marcone, no. They have a -- you can pay them online on their site and they're enabling the ACH. Okay? So they got my bank information and they're taking out of my bank account.
Q. Understood.
A. CDW it's the other way. I got to go online on Chase site and do it.
Q. Understood. And so, you know, just so we're clear in our understanding, a vendor like Marcone, they do what's called an ACH pull, where they pull the funds from your account using your information, and then CDW, in contrast, that's you sending, you're pushing the money to them;

Page 20

correct?
A. Yes.
MR. POLLACK: Objection, form.
BY THE WITNESS:
A. Yes.
MR. POLLACK: But you can answer.
THE WITNESS: Oh.
MR. POLLACK: Just can we stop for a second? I'm going to make objections, but generally you're going to still answer the question. So I'm just doing that for the record.
BY MR. MAIR:
Q. So, Mr. Munteanu, with respect to Union Electronic Distributors, when you sent money to them, payment, did you do it through an ACH push or did you do it through an ACH pull, understanding the discussion that we just had?
A. Push.
Q. And when did Hamlin Tec cease working or having a business relationship with Union Electronic Distributors?
A. March 2023.
Q. Okay. So that's about a year -- more

Page 21

than a year after the events in January of 2022, right?
A. Yes.
Q. Is there a particular reason why you ascribe the loss of Union Electronic Distributors in March of 2023 to the events that happened in January of 2022?
A. Yes.
Q. Yeah, what's the reason?
A. Well, after that happened, I was trying to -- I mean, to share the blame, and then they wouldn't budge, so we went back and forth, back and forth. And then I paid them, because I still had to pay them the 132,000.
I was trying to find a middle way, you know, and I couldn't do it. I mean, they didn't want to accept any fault. And then we -- they didn't want to do business with me anymore, and that's it, they cut me off, they cut me loose.
Q. Do you believe that Union Electronic Distributors shares some fault in the events that happened in January of 2022?
A. Honestly, no.
Q. Why not?

Page 22

A. Because I don't believe so, but, I mean -- no, I don't. Why not? I mean, somehow somebody got into my email. Right? And that's all -- you know, that's where it started. And they saw, you know, the invoices that I'm getting.
I guess. I don't know. But those are, you know, presumptions. I don't know anything, you know.
Q. So I'm just trying to understand. You don't think that Union Electronic Distributors have any fault in what happened in January of 2022, but you were trying to get them to pay some money or to take some of the blame?
A. Correct. Yes.
Q. So why would you do that if you didn't think that they had any fault?
A. Because they -- they're a lot bigger than I am. And not only that, but I probably would have done it for somebody. I don't know. It was just -- I tried and it didn't work and that's it.
And then anyway, the relationship kind of -- it broke after that, you know. Because they're -- they were trying to say that maybe I'm

Page 23

trying to pull something, you know. And after paying them over $7, $8 million in the last three years, you know, I don't think I would have tried anything. So it was a matter of trust basically.
Q. Who do you believe is at fault for the events that happened on January 20, 2022?
A. Depends what do you mean by that?
Q. Well, you said someone had access to your email.
A. Oh.
Q. Who is at fault for that?
A. I believe it was hackers. Nobody -- I don't blame anybody. I mean, nothing that I -- nobody that I knew, but I believe it was hacking, hacked.
Q. So you think the fault lies with the hackers or scammers that deceived you?
A. I think that the hackers, yes, deceived me to do that, but then I think, you know, Chase sent the money to the wrong company.
Q. Let's talk about that a little bit.
A. Okay.
Q. So Union Electronic Distributors describes itself on its website as "one of the

Page 24

nation's largest consumer electronic and appliance parts suppliers." Do you agree with that characterization?
A. Well, they're in top ten. Yes.
Q. Okay. So you would agree with that?
A. Yes.
Q. Is it fair to say that Hamlin Tec was familiar with Union Electronic Distributors as a vendor in 2021?
A. Yes.
Q. How often did Hamlin Tec communicate with Union Electronic Distributors in 2021?
A. Daily.
Q. How would Hamlin Tec communicate with Union Electronic Distributors?
A. Okay. Basically, we used to sell -- it was profit share type of business. So Hamlin Tec was purchasing at the manufacturing prices and then we would sell and then we had a profit sharing deal.
So every day I used to get emails from them with -- I used to send them emails with the orders that needs to be shipped, and then I used to have a truck every day going to them,

Page 25

bringing the parts that were going out from my warehouse. Because we're also getting paid by the package.
Q. Okay. So were they -- they were primarily emails, that's how you communicated with Union Electronic Distributors?
A. Yeah, primarily emails.
Q. Did you ever have phone calls with representatives of Union Electronic Distributors?
A. Yes. I mean, not every day, but --
Q. How often -- every day?
A. It was something, you know, emergency, you know, something I can't wait, yeah, they were calling or I was calling.
Q. So you were able to pick up the phone and connect with someone at Union Electronic Distributors if you needed to?
A. Yes.
Q. How about written mail correspondence? Did you ever have any of that with Union Electronic Distributors?
A. Yes.
Q. And so you had mail correspondence, you had addresses that you could send correspondence

Page 26

to or receive correspondence from?
A. Yes.
Q. So am I correct that it was not out of the ordinary for someone from Union Electronic Distributors to email you about details of Hamlin Tec's relationship and account with Union Electronic Distributors?
A. Your -- okay. Your question is more like -- okay. When I was getting invoices, it was only from one person. Only one person I was dealing with in regards to payments to invoices or any other changes. So that I was -- you know, each time I was getting an invoice was always from the same person.
Q. And who was that person?
A. Jennifer Klomp I think was her name.
Q. So if you received an email from her, it was not out of the ordinary to receive that and it contained details of the relationship?
A. I used to receive an email from her every ten days with invoices.
Q. Yes. Respectfully, Mr. Munteanu, that's not my question. My question to you is would it -- was it out of the ordinary -- it was not out of

Page 27

the ordinary for you to receive correspondence or emails from Union Electronic Distributors that contained details about Hamlin Tec's relationship with it. That was common, correct?
A. Yeah, that was -- well, about the -- I mean, I don't know what do you mean by the relationship. I mean, it was always -- 99 percent of the emails that I was getting from them was related to order so and so, we don't have that part in stock or something like that. It was nothing about -- I mean, that's okay. If that describes your question, then it was not.
Q. So on January 19, 2022, Hamlin Tec received an email from an individual who purported to be the office manager for Jennifer Klomp?
A. No.
Q. Or the office manager for Union Electronic Distributors? Excuse me.
A. No. Purported to be her.
Q. Correct.
A. Yes.
Q. You received an email from someone that purported or claimed to be her?
A. Yes. Correct.

Page 28

Q. I'm going to share what will be Deposition Exhibit Number 3, and it is a document Bates stamped Hamlin-00004 to Hamlin-00005.
(WHEREUPON, DEFENDANT'S Exhibit 3 was introduced into evidence.)
BY MR. MAIR:
Q. Mr. Munteanu, do you see the document that is in front of you? That is -- we're on Bates page Hamlin-00005.
A. I see 00004.
Q. Right here. Do you see that page at the bottom right-hand corner?
A. I mean, I can see where it says: Thank you, Jennifer.
Q. Well, do you see the Bates stamped --
A. Hold on. There is something on my screen here. Hold on.
Q. Understood.
A. Hold on.
Oh, okay. Hamlin -- yes.
MR. POLLACK: Just for the record, those numbers at the bottom of the pages are called Bates numbers, for the deponent's consideration.

Page 29

BY MR. MAIR:
Q. So, Mr. Munteanu, have you seen this document before?
A. Yes. Can you scroll down a little bit?
Q. I've scrolled down to the bottom of the page of Hamlin 5.
A. Can you go up a little bit, please? Yes.
Q. And this is the email that you received on January 19, 2022?
A. Yes.
Q. And specifically, the email went to your email account with the address bogdan@hamlintec.com?
A. Correct.
Q. This letter informed you that Union Electronic Distributors had changed its banking information?
A. Correct.
Q. It asked you to pay the invoices that Hamlin Tec owed to the new bank account contained in the attachment to the email, is that right?
A. Yes.
Q. At the time that you received this

email, how many outstanding invoices did Hamlin Tec owe to Union Electronic Distributors?

A. That I don't know. I mean, I used to pay every ten days probably anywhere between 100,000 to 300,000, so. . .

Q. Okay. So it wasn't out of the ordinary if at the time you received the email you had invoices owed to Union Electronic Distributors of $133,106.78?

A. No. It was -- it was normal.

Q. Going to Bates page Hamlin-00004, which is the next page in this exhibit, do you see this document?

A. Yes.

Q. Have you seen this document before?

A. Yes.

Q. So this is the attachment that was provided to the email that was sent to you on January 19, 2022?

A. Yes.

Q. And in this attachment it provided an account number ending in 7502, and it asks that Hamlin Tec direct payment to that account?

A. Yes.



Q. Did the letterhead that you received match the letterhead from prior correspondence from Union Electronic Distributors?

A. Yes.

Q. In your capacity as president of Hamlin Tec, what did you do after you received and read this email that purported to be from Union Electronic Distributors?

A. I changed -- it was a crazy day, and I said before I forget and before I go home, I went and I changed the information online at Chase.com. That's what I did that day.

Q. Okay. And when you say you changed the information online, what did you do?

A. I created a new profile for Union Electronics and I added the new information.

Q. And when you say you added the information, you added the account name, account number, routing number?

A. Yes.

Q. And you did that because you thought this was Union Electronic Distributors' new account that you should be making payments to?

A. Yes.



Q. Did you submit a payment that day?

A. No.

Q. You don't recall submitting a payment on January 19, 2022?

A. No. What was it? Oh. Did I submit a payment that day. I don't know. I don't remember, honestly. I mean, you -- you put question mark in my head now, but I thought it was a few days later that the invoice came.

Q. So do you recall a January 19 payment attempt being restricted from your Chase account, requiring you to reach out to Chase to verify that you intended to make the transaction?

A. Yes.

Q. Okay. So you recall before the January 20, 2022, payment that you made, that an initial payment was flagged and your account was restricted?

MR. POLLACK: I'm going to object to the form.

BY MR. MAIR:

Q. Do you recall that?

A. Can you repeat the question, please?

Q. Sure. I'll try to make it a little bit



more clear.

A. Okay.

Q. So you just testified that you recalled one of your attempted payments to Hamlin Tec being cancelled or restricted and it required you to call in and verify that you intended to make that payment to Union Electronic Distributors?

A. Yes, but I don't remember the account being restricted.

Q. Understood. But you recall needing to call Chase and inform them that yes, that it was you making the transaction and that you were intending to send $133,106.78 to the account?

A. I didn't call. I went to branch.

Q. So you went into a branch, you provided your information?

A. Correct.

Q. You confirmed that you were, in fact, acting on behalf of Hamlin Tec?

A. Yes.

Q. And you confirmed that you were intending to send $133,106.78 to the account purporting to be Union Electronic Distributors, ending in 7502; right?

Page 34

A. Yes.
Q. Do you recall anything from that conversation with Chase where you confirmed that the attempted transaction was valid?
A. Yes. They call Suntrust Bank, and Suntrust Bank confirmed the account number.
Q. Suntrust Bank confirmed the account number?
A. Yes.
Q. And when you say Suntrust Bank confirmed the account number, what do you mean? It confirmed that Suntrust Bank had an account ending in 7502?
A. Yes.
Q. Do you recall anything else from that conversation? Were you sitting in the room when that conversation was happening?
A. Yes.
Q. Okay. And when that conversation -- could you hear the conversation? Was the phone on speaker?
A. No.
Q. It was not?
A. No.

Page 35

Q. So your recollection is that the branch banker that you spoke with called Suntrust, confirmed that an account ending in 7502 existed with Suntrust?
A. Yes.
Q. Do you recall ever there being a discussion about the name of the account?
A. No.
Q. You don't. So your only recollection is that there was a call and the only -- the only piece of that call was confirming whether or not there was an account in existence at Suntrust?
A. Correct. And that's when they lifted the -- they let -- I mean, they made the transfer.
Q. Mr. Munteanu, is it your testimony that you did not log into your online profile on January 20, 2022, to initiate the funds transfer to Union Electronic Distributors at the account ending in 7502?
A. Okay. To be honest with you, I don't remember how it happened. It's either they released the ACH right there or they told me go back and redo it again. I just don't remember. I mean, at that time it wasn't that important for me

Page 36

to pay attention. I just don't remember. I'm sorry.
Q. So you remember that there was a phone conversation where the branch representative called Suntrust, you remember that they specifically confirmed the account number, you remember that they did not ask anything about the name of the account associated with the account number ending in 7502, but you don't recall whether the bank instructed you to reattempt the transfer or not?
A. Yes. I just don't remember the last part.
Q. Hamlin Tec directed Chase on January 20, 2022, to cause an ACH payment of $133,106.78 from its account for payment of its UED invoice be made to the allegedly new UED bank, bank routing number, and bank account number stated on the attachment to the January 19, '22, email; is that true?
A. Yes.
Q. After you sent the funds on January 20, 2022, when did Hamlin Tec learn that it had been a victim of a scam?

Page 37

A. It was probably, I don't know, ten days to two weeks later.
Q. Union Electronic Distributors reached out to you and said that they never received payment on Hamlin Tec's invoices?
A. Yes. I got an email from Jennifer, I think, stating like okay, what happened with the last payment?
Q. And how did you react?
A. I told her -- I said well, I sent it to the new account.
Q. And --
A. Then we picked up the phone and we talked. They said they never changed the accounts and all that.
Q. And what did you do after you checked the -- after you spoke with Jennifer on the phone?
A. I went to Chase. Because I live a half a block away from them. And then from there I went to the Highland Park Police Department, and then I made a complaint online to the API.
Q. So when you went to the Chase branch, did you confirm that the funds were sent to the account number that Hamlin Tec entered into its

fund transfer instruction?
A. Yes.
Q. And that number also matched the account number that you received from the email purporting to be from Union Electronic Distributors?
A. Yes.
Q. In 2021 and 2022 approximately how many vendor payments did Hamlin Tec make on a weekly basis?
A. 2021 and 2022?
Q. Yeah. A general approximation is fine.
A. Weekly -- I wouldn't say weekly because we probably do like three a month.
Q. Okay. So three large vendor payments a month?
A. Correct. On average.
Q. And most of those are done via ACH, where you're entering information into the system?
A. Back then, yes.
Q. Do you still bank with Chase?
A. Yes.
Q. Why have you decided to continue Hamlin Tec's banking relationship with Chase?
A. Because I'm lazy.



Q. What do you mean when you say because you're lazy?
A. Because I have too many accounts and it's too much headache. I mean, I have over eight to ten accounts with them. I don't know. Yeah, eight, ten.
Q. How long have you been a Chase customer?
A. Since Chase took over First Chicago, but I -- like my oldest account is 35 years old, when you used to be Bank of Roselle.
Q. I'm going to share another document, which will be marked as Exhibit 4.
(WHEREUPON, DEFENDANT'S Exhibit 4 was introduced into evidence.)
BY MR. MAIR:
Q. Do you see the document that's on the screen, Mr. Munteanu?
A. Yes.
Q. And for the record, I will represent that this bears Bates number JPMC_Hamlin_0315.
Mr. Munteanu, have you seen this document before?
A. Yeah. When I sign it.
Q. Okay. So this is a document that you



signed?
A. Yes.
Q. What do you understand this document to be?
A. It's a signature card, and then when I sign checks, it should match the signature.
Q. And you signed this on October 24, 2019?
A. Yes.
Q. Did you read this document before you signed it?
A. To be honest with you, no, not really.
Q. Do you often choose not to read contracts before you sign them on behalf of the company that you own?
A. Depends.
Q. And it depends on what?
A. Well, if I sign a contract with a company that I'm going to do business with, yes, I'm reading everything. When it came to this, I honestly didn't believe -- you know, I just read like it's a signature card. That's what I thought it was. I mean, I don't know, what is it? I mean, is it more than a signature card?
Q. So you received this document, you



signed this document, you had the opportunity to read this document; is that right?
MR. POLLACK: Objection, form.
BY THE WITNESS:
A. Yes. It was in front of me, but the title says clearly business signature card, so that's what I thought it was.
BY MR. MAIR:
Q. So you could have read the language on the document, but you chose not to; is that right?
A. Well, although I been here 35 years and I do speak English, but when I read now what it says, you know, 50 percent it's foreign language to me. So even if I would have read, I still wouldn't be able to understand hundred percent what it says.
Q. Yes, but my question was you had the opportunity to read this before you signed it, but you chose not to; correct?
A. Correct.
Q. Do you have a memory of the day that you went to Chase and opened Hamlin Tec's account on October 24, 2019?
A. You mean the day of the week?

Q. Do you have just a memory of the events that occurred that day?
A. I remember where I went and with who.
Q. Okay. Where did you go and with who?
A. The one on Touhy. I think it's Niles.
Q. You're referring to the Chase Bank branch that you went to to open the account?
A. Correct. And then I went with Robyn's husband, Edmond.
Q. Do you remember who you met with at Chase?
A. No.
Q. Do you remember what you discussed with Chase prior to signing the signature card?
A. We were -- nothing. My needs, you know. It was a bank. You know, for the business side, you know, what are my needs and stuff like that. They were trying to get me to open up credit cards and stuff like that.
Q. Do you remember providing any information to open the account?
A. Yes. What's it called? Article of incorporation. Basically, they just need the tax ID number and then they check everything online,



so. . .
Q. Do you remember receiving any information from Chase before signing the signature card?
A. I got a blue map, where I had three checks, and another paper, which I -- I don't know what it was.
Q. You said you received another paper, but you didn't know what it was?
A. Right. I don't know. I think it was something about ATM fees or something.
Q. Did you read the document?
A. I read the title, and it said something about ATM fees, so I -- that's it.
Q. Do you still have a copy of that document?
A. No.
Q. Do you know what happened to that document?
A. No. I tried to look before we started today, but I couldn't find anything.
Q. Does Hamlin Tec believe that its banking relationship with Chase is governed by a contract or a written agreement?



MR. POLLACK: I object to the form.
BY THE WITNESS:
A. I guess, yeah. It has to be, right? I mean, I don't know.
BY MR. MAIR:
Q. Well, when you say it has to be, what do you mean?
A. Okay. I don't know.
Q. Are you aware that Hamlin Tec's account is governed by a written agreement called the Deposit Account Agreement?
A. No.
MR. POLLACK: Form.
BY MR. MAIR:
Q. You're not aware of a document called a Deposit Account Agreement?
A. No.
Q. I'm going to mark what will be Deposition Exhibit Number 5. And I will represent that it has Bates page -- it starts with Bates page JPMC_Hamlin 0223, and it ends with the Bates number of JPMC_Hamlin 0245.
(WHEREUPON, DEFENDANT'S Exhibit 5 was introduced into evidence.)



BY MR. MAIR:
Q. Mr. Munteanu, have you seen this document before?
A. No.
Q. So without looking through and scrolling, you confirm that you've never seen this document that is labeled Deposit Account Agreement and Privacy Notice?
A. I don't remember seeing it, Deposit Account Agreement and Privacy and the Chase Private Client and all that. I don't remember seeing this.
Q. Have you ever read this document?
A. No.
Q. Do you recall ever receiving account statements from Chase?
A. Online.
Q. You receive online account statements?
A. Yes.
Q. And you receive --
A. You don't receive them. You just get notification that, you know, they're ready to be reviewed.
Q. Do you ever review them?

A. No, not really. I mean, only when I look for something, which. . .
Q. And you said you have multiple accounts with Chase, correct?
A. Yes.
Q. With respect to the other accounts that you own, you've never seen a document Account Agreement? Deposit Account Agreement?
A. No.
Q. Can you identify the claims that you are asserting against Chase in this lawsuit?
A. Yes.
Q. What are those?
A. They submitted an ACH to a company that I never heard of it and never did business with.
Q. Anything else?
A. That's it.
Q. Why does Hamlin Tec believe Chase should be responsible for Hamlin Tec's loss of funds?
MR. POLLACK: Object, it calls for a legal conclusion.
MR. MAIR: You can answer.
THE WITNESS: Oh.
BY THE WITNESS:



A. Because I don't send money to an account number, I send money to a company. So I believe they should be a match, somebody should check that. I mean, when I submitted the ACH, it was supposed to go to Union Electronics at 9 -- whatever the number is. Not to ClassicPlans or whatever it was.
BY MR. MAIR:
Q. You understand that ACH payments are an automated electronic event, correct?
A. Yes.
Q. And you also understand that you entered the account number that the funds were sent to, correct?
A. Yes.
Q. What does Hamlin Tec believe Chase should have done differently after it received Hamlin Tec's payment instruction on January 20, 2022?
MR. POLLACK: Objection.
BY THE WITNESS:
A. Match the information that I submitted with the information where they sent.
BY MR. MAIR:



Q. Okay. You believe that Chase should have matched that information?
MR. POLLACK: Object to form.
MR. MAIR: You can answer.
BY THE WITNESS:
A. How can I -- I mean, how can I check?
BY MR. MAIR:
Q. No. My question is do you believe that Chase should take the time to match whether an account name matches the account number?
A. Yes.
Q. How would a bank do that? How would Chase do that?
MR. POLLACK: Objection, form.
THE WITNESS: Should I answer?
MR. MAIR: Yeah, you can answer.
THE WITNESS: Oh, okay.
BY THE WITNESS:
A. Well, everything is being done through a program; right? So they should write programs that do that.
BY MR. MAIR:
Q. Okay. So you believe that Chase should change its banking structure to affirmatively



match account names with account numbers before funds are sent at the instruction of its customers?
A. Yes.
MR. POLLACK: Objection to form.
BY MR. MAIR:
Q. On January 20, 2022, after Hamlin Tec instructed Chase to send a funds transfer totaling $133,106.78, Chase only sent one funds transfer; correct?
A. Yes.
MR. MAIR: Let's just take a quick break. I think I may be done soon, Steve.
MR. POLLACK: Okay.
(WHEREUPON, a recess was had.)
BY MR. MAIR:
Q. All right. Mr. Munteanu, I don't have too many more questions for you, but I did want to circle back to the conversation that we were having where you testified that on January 20 you went to a branch, you spoke with someone in the branch, and that branch representative called Suntrust to verify or confirm whether or not there was an account ending in 7502 with Suntrust.

Page 50

Am I correctly stating that that's your testimony?
A. Yes.
Q. Okay. What information did you hear the branch representative tell the Suntrust person on the phone?
A. She said something like, you know, I'm going to verify an account and then they gave them the number. And then I don't know. Like I said, they were not on speaker, so I couldn't hear, you know, the response.
And then they -- you know, okay, thank you very much, they hang up, and they said oh, everything is good, and that's it. It was a very short -- they were also two very young ladies. And that's it.
Q. You didn't hear any other authenticating information being provided on that call, all you heard was hi, I'm calling to verify that there's an account that exists there?
A. Correct. I mean -- yes.
MR. MAIR: No further questions. Thank you for your time today, Mr. Munteanu.
MR. POLLACK: I have some follow-up

Page 51

questions.
EXAMINATION
BY MR. POLLACK:
Q. I'm going to share my screen. You know what? Hang on a second. I've got to get there.
(WHEREUPON, PLAINTIFF'S EXHIBIT 1 was introduced into evidence.)
BY MR. POLLACK:
Q. Okay. Can you see this document?
A. Yes.
Q. Okay. Do you recognize it?
A. Yes. Is the page where you set up the new pay?
Q. Okay. So this is Plaintiff's Exhibit 1. It's Bates marked Hamlin-0001. And it's two pages, 1 to 2. At the bottom of the second page do you see these entries here?
A. Correct.
Q. Okay. So it seems that there's one -- the bottom one shows cancelled January 19 and the next one shows paid/sent on January 20. Do you see those?
A. Yes.
Q. Does this help refresh your recollection

Page 52

in any way whether you were the one who entered the information after talking to Chase when the first one was cancelled or do you still not recall if it was you or if it was Chase that entered the January 20 payment order?
A. I'm being honest with you. I don't remember if I have to redo it or the first one was just approved.
Q. Okay. But at least on January 19, 2022, you were the one who entered this information in?
A. Correct.
Q. And this would have been Chase's online system for the payment?
A. Well, basically go online and you select the payee already and then it's been populated.
Q. Okay. But in that case you had to do a new one because of the change of the payment instructions?
A. Yes.
Q. Okay. Now, after receiving the instruction to change the payment account and you went and entered this in for a -- at least a January 19, 2022, payment order, to whom did Hamlin Tec intend this transfer to be payable?

Page 53

A. To Union Electronic.
Q. Okay. And for Union Electronic Distributors or just Union Electronic?
A. Union Electronic Distributors.
Q. Okay. And that's the vendor name shown on this?
A. Yes.
Q. Okay. When you -- and we previously looked at this. I think it was Defendant's Exhibit 3, which was the email saying to make the change and the attachment. Those said Suntrust Bank, right?
A. Correct.
Q. So do you recall entering the vendor routing number?
A. Yes.
Q. You put that in there, right?
A. Yes.
Q. Okay. But then the vendor bank name says Truist Bank. Did you put in Truist Bank or did the system automatically?
A. Automatically.
Q. Okay. So at that time did you know that that routing number was no longer -- or was not

Page 54

associated with Suntrust Bank?
MR. MAIR: Objection, form.
THE WITNESS: Should I answer?
MR. POLLACK: Yeah.
BY THE WITNESS:
A. Yes, I did not know.
BY MR. POLLACK:
Q. Okay. So no, you did not know?
A. No, I did not know.
Q. Now, below that it says the vendor account number, and then there's a series of numbers ending in 7502, and I think you previously said you entered that; is that correct?
A. Yes.
Q. Now, below that it says personal or business, and then that's shown as personal. Did you enter personal or did the Chase system automatically populate that?
A. Chase.
Q. You said Chase?
A. Yes.
Q. Okay. Well, at that time did you have any knowledge whether that vendor account number would be a personal or a business account?

Page 55

A. Honestly -- well, it had to be a business.
Q. Okay. You assumed it would be a business, right, or did you know?
MR. MAIR: Objection, form.
BY THE WITNESS:
A. I assumed to be a business.
MR. POLLACK: Christopher, can you pull up your Exhibit 5? Let me stop sharing.
MR. MAIR: One second.
BY MR. POLLACK:
Q. Okay. So this was Defense Exhibit 5. It looks, according to the Acrobat read, to be a 23-page document. I think you said that you had -- when you went in on October 24, 2019, to open up this account, you received a document having to do -- well, do you recall what you said it had to do with?
A. With ATM something.
Q. And do you recall if that document was 23 pages?
A. No. It was one page.
Q. Okay. Did Hamlin Tec receive a physical copy of this document, this 23-page document,

Page 56

between October 24, 2019, when it opened the account, and January 19 and January 20, 2022, when the funds transfer was sent?
A. No.
Q. Okay. And the same question, but electronically. Did Hamlin receive an electronic copy of this document between October 24, 2019, and January 20, 2022?
A. No.
MR. POLLACK: Okay. I don't have any other questions.
MR. MAIR: We're done. Thank you for your time, Mr. Munteanu.
THE WITNESS: Thank you.
MR. POLLACK: We'll reserve.
MR. MAIR: We'll order.
THE COURT REPORTER: Did you want a copy, Mr. Pollack?
MR. POLLACK: Yes. Just the condensed.
(WHEREUPON, said deposition was concluded at 12:20 p.m.)

Page 57

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAMLIN TEC, INC., ) No. 1:23-cv-03415
)
Plaintiff, ) Honorable Sara L.
) Ellis
-vs- )
) Magistrate Judge
JPMORGAN CHASE BANK, N.A., ) Heather K.
) McShain
Defendant. )

This is to certify that I have read the transcript of my deposition in the above entitled cause, pages 1 through 56, and that the foregoing transcript accurately states the questions asked and the answers given by me.

BOGDAN MUNTEANU.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS DAY
OF , 2024, A.D.

NOTARY PUBLIC

I, Carolyn J. Hawkes, Certified Shorthand Reporter within and for the State of Illinois, do hereby certify that, to-wit, on the 31st day of July, 2024, appeared remotely before me BOGDAN MUNTEANU, witness produced on behalf of the plaintiff in a certain cause now pending and undetermined in the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the said BOGDAN MUNTEANU was by me first remotely duly sworn to testify the truth, the whole truth, and nothing but the truth in the cause aforesaid; that the testimony then given by said witness was reported stenographically by me, in the presence of the said witness, and afterwards reduced to typewriting; and the foregoing is a true and correct transcript of the testimony so given by said witness as aforesaid.

I further certify that signature to the deposition was reserved by agreement of counsel for the respective parties.

I further certify that MR. STEVE POLLACK appeared on behalf of the plaintiff and



MR. CHRISTOPHER A. MAIR appeared on behalf of the defendant.

I further certify that I am not counsel for nor in any way related to any of the parties to this cause, nor am I in any way interested in the outcome thereof.

In testimony whereof I have hereunto set my hand this 14th day of August, 2024, A. D.



Carolyn J. Hawkes
Certified Shorthand Reporter
State of Illinois

CSR No. 084-003296.



Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

August 15, 2024

To: Mr. Pollack

Case Name: Hamlin Tec, Inc. v. JPMorgan Chase Bank, N.A.

Veritext Reference Number: 6827209

Witness: Bogdan Munteanu Deposition Date: 7/31/2024

Dear Sir:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA



DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 6827209
CASE NAME: Hamlin Tec, Inc. v. JPMorgan Chase Bank, N.A.
DATE OF DEPOSITION: 7/31/2024
WITNESS' NAME: Bogdan Munteanu

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_______________ ________________________
Date Bogdan Munteanu

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this ______ day of_____________________, 20____.

___________________________________
Notary Public

___________________________________
Commission Expiration Date

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 6827209
CASE NAME: Hamlin Tec, Inc. v. JPMorgan Chase Bank, N.A.
DATE OF DEPOSITION: 7/31/2024
WITNESS' NAME: Bogdan Munteanu

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

______________ ______________________
Date Bogdan Munteanu

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal this ______ day of____________________, 20____.

_________________________________
Notary Public

_________________________________
Commission Expiration Date



ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 6827209

PAGE/LINE(S) / CHANGE /REASON

____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________

_______________ ________________________
Date Bogdan Munteanu

SUBSCRIBED AND SWORN TO BEFORE ME THIS ________
DAY OF ________________________, 20______ .

___________________________________
Notary Public

___________________________________
Commission Expiration Date

**0**

**0** 17:7
**00004** 28:3,10 30:11
**00005** 28:3,9
**0001** 51:15
**0223** 44:21
**0245** 44:22
**0315** 39:20
**03415** 1:4 57:3
**084-003296** 59:16

**1**

**1** 3:8,15 9:11 14:8 51:6,14 51:16 57:11
**100,000** 30:5
**1100** 60:1
**11:00** 1:17
**12:20** 56:21
**132,000** 21:14
**133,106.78** 30:9 33:13,22 36:15 49:9
**13423** 59:13
**14** 3:9
**14th** 59:8
**15** 60:4
**1820** 60:2
**19** 27:13 29:10 30:19 32:4,10 36:19 51:20 52:9,23 56:2
**1:23** 1:4 57:3

**2**

**2** 3:9 14:6,9 51:16
**20** 23:6 32:16 35:17 36:14,22 47:18 49:7,20 51:21 52:5 56:2,8 61:16 62:22 63:22
**2019** 11:7 40:7 41:23 55:15 56:1,7
**2020** 12:18
**2021** 24:9,12 38:7,10
**2022** 12:21 21:1,7,22 22:12 23:6 27:13 29:10 30:19 32:4,16 35:17 36:15,23 38:7,10 47:19 49:7 52:9,23 56:2,8
**2023** 20:23 21:6
**2024** 1:16 57:19 58:4 59:8 60:4
**216-523-1313** 60:3
**22** 36:19
**23** 55:14,21,24
**24** 40:7 41:23 55:15 56:1,7
**28** 3:10

**3**

**3** 3:10 17:7 28:2,4 53:10
**300,000** 30:5
**3100** 2:8
**312.456.8400** 2:9
**31st** 1:16 58:4
**35** 39:9 41:11
**39** 3:11

**4**

**4** 3:11 39:12,13
**44** 3:11
**44114** 60:2
**49** 2:3,3

**5**

**5** 3:4,11 29:6 44:19,23 55:9 55:12
**50** 3:4 41:13
**51** 3:15
**56** 57:11

**6**

**60044** 2:4
**60601** 2:9
**6827209** 60:7 61:2 62:2 63:2

**7**

**7** 23:2
**7/31/2024** 60:8 61:3 62:3
**75** 13:8,21
**7502** 30:22 33:24 34:13 35:3,19 36:9 49:24 54:12
**77** 2:8

**8**

**8** 23:2
**847.436.9566** 2:4

**9**

**9** 3:8 47:5
**99** 27:7

**a**

**a.d.** 57:19
**a.m.** 1:17
**able** 15:10 25:15 41:15
**above** 57:10 60:17
**accept** 21:17
**access** 23:8
**accordance** 61:5 62:5
**account** 3:11 19:15,22 26:6 29:13,21 30:22 30:23 31:18,18 31:23 32:11,17 33:8,13,22 34:6,7,11,12 35:3,7,12,18 36:6,8,8,16,18 37:11,24 38:3

39:9 41:22 42:7,21 44:9 44:11,16 45:7 45:10,15,18 46:7,8 47:1,13 48:10,10 49:1 49:1,24 50:8 50:20 52:21 54:11,23,24 55:16 56:2
**accounts** 13:18 37:14 39:3,5 46:3,6
**accurately** 57:12
**ach** 19:5,6,13 19:21 20:16,17 35:22 36:15 38:17 46:14 47:4,9
**acknowledge** 61:11 62:16
**acquired** 12:13
**acrobat** 55:13
**act** 16:4 61:14 62:20
**acting** 33:19
**actually** 17:14 17:19 19:11
**added** 31:16,17 31:18
**address** 29:13 60:15
**addresses** 25:24
**administering** 4:9
**affirmatively** 48:24
**affixed** 61:15 62:21
**aforesaid** 58:13 58:19
**ago** 18:4,6
**agree** 24:2,5
**agreement** 3:12 43:24 44:10,11 44:16 45:7,10 46:8,8 58:21
**allegedly** 36:17
**amazon** 3:9 13:9,22 14:1,3 14:19 15:1,6,7 17:21
**amazon's** 15:10
**amended** 3:8 9:24 14:6
**answer** 6:12,20 7:6 20:6,10 46:22 48:4,15 48:16 54:3
**answered** 8:8
**answers** 5:24 6:12,14 57:13
**anticipate** 6:18
**anybody** 23:13
**anymore** 21:18
**anyway** 22:22
**api** 37:21
**apologies** 10:4
**apologize** 5:12
**appear** 61:11 62:15
**appeared** 58:4 58:24 59:1
**appearing** 2:6 2:11
**appended** 62:11,18
**appliance** 13:4 13:19,19 17:18 17:19 18:19 24:1
**appreciate** 8:13
**approved** 52:8
**approximately** 38:7
**approximation** 38:11
**article** 42:22
**ascribe** 21:5
**asked** 29:20 57:13
**asking** 5:19
**asks** 30:22
**assembling** 17:5
**asserting** 46:11
**assignment** 61:2 62:2 63:2
**associated** 36:8 54:1
**assumed** 55:3,7
**atm** 43:11,14 55:19
**attached** 10:2 14:6,14 62:7
**attachment** 29:22 30:17,21 36:19 53:11
**attempt** 32:11
**attempted** 33:4 34:4
**attention** 36:1
**attorney** 5:17 8:1 11:1
**audibly** 6:12
**august** 59:8 60:4
**authenticating** 50:17
**authorize** 62:11
**automated** 47:10
**automatically** 53:21,22 54:18
**ave** 60:1
**avenues** 16:11
**average** 38:16
**aware** 44:9,15
**awareness** 12:20

**b**

**b** 3:5 12:7 13:6 13:6
**back** 21:12,12 35:23 38:19

49:19 60:15
**bank** 1:6 4:4,15 5:18 19:8,13 19:14 29:21 34:5,6,7,10,12 36:10,17,17,18 38:20 39:10 42:6,16 48:12 53:12,19,20,20 54:1 57:6 60:6 61:3 62:3
**bank's** 9:23
**banker** 35:2
**banking** 29:17 38:23 43:22 48:24
**basement** 17:3
**basically** 13:4 23:4 24:16 42:23 52:14
**basis** 38:9
**bates** 28:3,9,15 28:23 30:11 39:20 44:20,20 44:21 51:15
**bears** 39:20
**becoming** 12:17
**behalf** 2:6,11 4:15 5:2 7:11 33:19 40:13 58:5,24 59:1
**believe** 21:20 22:1 23:5,12 23:14 40:20 43:22 46:18 47:2,16 48:1,8 48:23
**best** 5:10 7:1 13:14 16:1,17 16:24
**big** 13:12 17:22
**bigger** 17:2,2,3 22:17
**binding** 4:9
**bit** 23:21 29:4,7 32:24
**blame** 21:11 22:13 23:13
**block** 37:19
**blue** 43:5
**bluff** 2:4
**bogdan** 1:10 3:3 4:2,20 5:1 29:14 57:15 58:5,11 60:8 61:4,9 62:4,13 63:20
**bottom** 28:12 28:22 29:5 51:16,20
**bought** 12:15 17:9
**branch** 33:14 33:15 35:1 36:4 37:22 42:7 49:21,22 49:22 50:5
**break** 7:4,8 49:12
**bringing** 25:1
**broke** 22:23
**brought** 17:17
**budge** 21:12
**builds** 17:12
**business** 13:2 13:11,22 16:5 16:12,15 18:8 18:16,22 20:21 21:18 24:17 40:18 41:6 42:16 46:15 54:16,24 55:2 55:4,7
**businesses** 15:24
**busy** 8:12
**buy** 13:6,14,14 13:14,16,16 16:1,23,24 17:1,22
**buying** 17:18

**c**

**c.s.r.** 1:15
**ca** 60:24
**call** 33:6,11,14 34:5 35:10,11 50:18
**called** 1:11 5:2 13:20 19:21 28:22 35:2 36:5 42:22 44:10,15 49:22
**calling** 25:14 25:14 50:19
**calls** 25:8 46:20
**cancelled** 33:5 51:20 52:3
**capacity** 31:5
**card** 3:11 40:5 40:21,23 41:6 42:14 43:4
**cards** 42:18
**carolyn** 1:14 58:1 59:14
**case** 5:24 52:16 60:6 61:3 62:3
**cause** 36:15 57:11 58:6,13 59:5
**cdw** 13:12,13 13:17,17 15:22 15:24 18:15 19:17,23
**cease** 12:16 20:20
**certain** 58:6
**certificate** 62:11
**certification** 61:1 62:1
**certified** 4:8 58:1 59:15
**certify** 57:9 58:3,10,20,23 59:3
**change** 48:24 52:17,21 53:11 60:13,14 62:8 63:3

**changed** 29:17 31:9,11,13 37:14
**changes** 26:12 60:12 61:7 62:7,9
**characterizati...** 24:3
**chase** 1:6 4:4 4:15 5:18 9:23 19:18 23:19 32:11,12 33:11 34:3 36:14 37:18,22 38:20 38:23 39:7,8 41:22 42:6,11 42:14 43:3,23 45:10,16 46:4 46:11,18 47:16 48:1,9,13,23 49:8,9 52:2,4 54:17,19,20 57:6 60:6 61:3 62:3
**chase's** 52:12
**chase.com.** 31:11
**check** 9:20,22 10:8 42:24 47:3 48:6
**checked** 37:16
**checks** 40:6 43:6
**chicago** 2:9 39:8
**choose** 40:12
**chose** 41:10,19
**christopher** 2:7 4:14 5:16 55:8 59:1
**circle** 49:19
**city** 4:18
**civil** 1:12 61:5 62:5
**claimed** 27:23
**claims** 46:10
**clarify** 7:2
**classicplans** 47:6
**clear** 19:20 33:1
**clearly** 6:12 41:6
**cleveland** 60:2
**client** 45:11
**closer** 5:14
**come** 13:9 16:19
**comes** 13:22
**commerce** 14:24 15:4,21 18:18
**commission** 61:19 62:25 63:25
**common** 27:4
**communicate** 24:11,14
**communicated** 25:5
**companies** 16:3
**company** 12:11 12:13 13:13 16:22 17:7,14 23:20 40:14,18 46:14 47:2
**compensation** 15:13
**competitor** 17:9
**complaint** 8:16 37:21
**completed** 60:15
**concluded** 56:21
**conclusion** 46:21
**condensed** 56:19
**confirm** 9:3 37:23 45:6 49:23
**confirmed** 33:18,21 34:3 34:6,7,10,12 35:3 36:6
**confirming** 35:11
**connect** 25:16
**consideration** 28:24
**consumer** 24:1
**consumers** 15:11
**contained** 26:19 27:3 29:21
**continue** 38:22
**contract** 40:17 43:23
**contracts** 13:5 40:13
**contrast** 19:23
**conversation** 34:3,16,17,19 34:20 36:4 49:19
**conversations** 7:24
**copy** 43:15 55:24 56:7,17
**corner** 28:12
**correct** 13:23 14:19,20 20:1 22:14 26:3 27:4,20,24 29:15,19 33:17 35:13 38:16 41:19,20 42:8 46:4 47:10,14 49:10 50:21 51:18 52:11 53:13 54:13 58:18
**corrections** 60:12 62:17
**correctly** 5:8 6:22 50:1

**correspondence...** 25:19,23,24 26:1 27:1 31:2
**counsel** 2:1 4:5 10:1 58:22 59:4
**counselor** 7:21 7:23
**county** 61:10 62:15
**couple** 6:7 18:4 18:5
**court** 1:1 4:1 4:16 5:24 6:8 6:14,21 56:17 57:1 58:7 61:7
**courts** 1:13
**cracked** 17:5
**crazy** 8:11 31:9
**created** 31:15
**credit** 42:18
**csr** 59:16
**cst** 1:17
**current** 4:17
**currently** 9:15
**customer** 13:7 16:24 39:7
**customers** 49:3
**cut** 21:19,19
**cv** 1:4 57:3

**d**

**d** 3:1 59:8
**daily** 24:13
**date** 60:8 61:3 61:9,19 62:3 62:13,25 63:20 63:25
**day** 1:16 24:21 24:24 25:10,11 31:9,12 32:1,6 41:21,24 42:2 57:18 58:4 59:8 61:16 62:22 63:22
**days** 26:21 30:4 32:9 37:1 60:18
**deal** 24:20
**dealer** 17:22
**dealing** 26:11
**dear** 60:10
**deceived** 23:17 23:18
**decided** 38:22
**deed** 61:14 62:20
**deemed** 60:19
**defendant** 1:7 2:11 5:3 57:7 59:2
**defendant's** 3:7 9:11 14:9 28:4 39:13 44:23 53:9
**defense** 55:12
**department** 37:20 60:22
**depends** 23:7 40:15,16
**deponent** 4:12
**deponent's** 28:23
**deposed** 5:21 5:22,23
**deposit** 3:11 44:11,16 45:7 45:9 46:8
**deposition** 1:10 3:9 4:2 5:12 6:6 7:13,18 8:2 8:5,15 9:7,24 11:3 14:7,7 18:21 28:2 44:19 56:20 57:10 58:21 60:8,11 61:1,3 62:1,3
**depositions** 1:14
**describes** 23:24 27:12
**description** 3:6
**detail** 9:3
**details** 26:5,19 27:3
**different** 13:16 16:3
**differently** 47:17
**direct** 13:16 30:23
**directed** 36:14
**discussed** 42:13
**discussion** 20:18 35:7
**distributor** 13:19,20 15:18
**distributors** 8:24 18:14 20:15,22 21:5 21:21 22:10 23:23 24:8,12 24:15 25:6,9 25:17,21 26:5 26:7 27:2,18 29:17 30:2,8 31:3,8,22 33:7 33:23 35:18 37:3 38:5 53:3 53:4
**district** 1:1,1 1:13 57:1,1 58:7,8
**division** 1:2 57:2 58:9
**document** 9:14 9:17 10:3,13 10:16 14:5,15 28:2,7 29:3 30:13,15 39:11 39:16,22,24 40:3,9,24 41:1 41:2,10 43:12 43:16,19 44:15 45:3,7,13 46:7 51:9 55:14,16 55:20,24,24 56:7

**documents** 8:4 8:8,14 9:5
**doing** 6:3 17:10 17:12,14,15,21 18:2,3,12,13 20:11
**drive** 2:8
**duly** 4:23 5:3 58:11

**e**

**e** 3:1,5 12:8
**easier** 6:9
**eastern** 1:2 57:2 58:8
**ebay** 17:1
**ecoesq.com** 2:5
**edmond** 42:9
**egg** 15:6,6
**eight** 39:4,6
**either** 35:21
**electronic** 8:23 18:14 20:15,22 21:5,20 22:10 23:23 24:1,8 24:12,15 25:6 25:9,16,21 26:4,7 27:2,18 29:17 30:2,8 31:3,8,22 33:7 33:23 35:18 37:3 38:5 47:10 53:1,2,3 53:4 56:6
**electronically** 56:6
**electronics** 17:16 18:9,12 31:16 47:5
**ellis** 1:5 57:5
**email** 3:10 8:18 8:21,22 9:4 22:3 23:9 26:5 26:17,20 27:14 27:22 29:9,12 29:13,22 30:1 30:7,18 31:7 36:19 37:6 38:4 53:10 60:17
**emails** 24:21,22 25:5,7 27:2,8
**emergency** 25:12
**enabling** 19:13
**enclosed** 60:11
**ended** 17:5,24
**ends** 44:21
**engage** 14:24 15:4
**english** 41:12
**enter** 19:8 54:17
**entered** 37:24 47:12 52:1,4 52:10,22 54:13 62:9
**entering** 38:18 53:14
**entire** 61:5 62:5
**entities** 15:24 18:23 19:3
**entitled** 57:11
**entrepreneurial** 16:18
**entries** 51:17
**errata** 60:13,18 62:7,10,18 63:1
**essentially** 18:15
**event** 47:10
**events** 12:20,24 21:1,6,21 23:6 42:1
**evidence** 9:12 14:10 28:5 39:14 44:24 51:7
**examination** 1:11 3:2 5:5 10:3,20 51:2
**examined** 5:4
**excuse** 27:18
**executed** 62:10
**execution** 61:14 62:19
**exhibit** 3:8,9,10 3:11,11,15 9:11 14:6,8,9 28:2,4 30:12 39:12,13 44:19 44:23 51:6,14 53:10 55:9,12
**exhibits** 3:7,14
**existed** 35:3
**existence** 35:12
**exists** 50:20
**expiration** 61:19 62:25 63:25
**explain** 10:7

**f**

**fact** 33:18
**fair** 24:7
**familiar** 24:8
**fault** 21:17,21 22:11,16 23:5 23:11,16
**federal** 1:12
**fees** 43:11,14
**ferakp** 2:10
**find** 21:15 43:21 60:11
**fine** 38:11
**finish** 6:20 7:7
**fire** 16:19
**fired** 16:16
**firm** 2:2
**first** 4:23 5:3 5:20 6:11 7:7 12:14 39:8 52:3,7 58:11
**flagged** 32:17
**follow** 50:24
**follows** 5:4
**foregoing** 57:12 58:17 61:13 62:18

**foreign** 41:13
**forget** 31:10
**form** 20:3 32:20 41:3 44:1,13 48:3 48:14 49:5 54:2 55:5
**forth** 21:12,13
**forward** 60:15
**found** 17:13
**founded** 11:6
**free** 61:14 62:20
**friend** 16:23
**front** 8:8 28:8 41:5
**fund** 38:1
**funds** 19:9,22 35:17 36:22 37:23 46:19 47:13 49:2,8,9 56:3
**further** 50:22 58:10,20,23 59:3

**g**

**general** 38:11
**generally** 20:10
**gestures** 6:13
**getting** 22:5 25:2 26:9,13 27:8
**given** 57:13 58:14,18
**go** 10:10 16:12 17:1 19:7,17 29:7 31:10 35:22 42:4 47:5 52:14
**going** 5:19 6:6 6:19 9:9 14:5 16:5 20:9,10 24:24 25:1 28:1 30:11 32:19 39:11 40:18 44:18 50:8 51:4
**good** 5:7,9,15 18:3,12,13 50:14
**governed** 43:23 44:10
**grade** 13:6,6
**greenberg** 2:7 5:17
**ground** 6:7
**gtlaw.com** 2:10
**guess** 5:20 22:6 44:3

**h**

**h** 3:5
**hacked** 23:15
**hackers** 23:12 23:17,18
**hacking** 23:14
**half** 17:8 37:18
**hamlin** 1:3 4:3 4:12 7:11,14 7:14,15 11:5,8 11:10,14,18,21 11:24 12:10,17 13:2 15:4,15 18:1 19:2,7 20:20 24:7,11 24:14,17 26:5 27:3,13 28:3,3 28:9,20 29:6 29:21 30:1,11 30:23 31:5 33:4,19 36:14 36:23 37:5,24 38:8,22 39:20 41:22 43:22 44:9,21,22 46:18,19 47:16 47:18 49:7 51:15 52:24 55:23 56:6 57:3 60:6 61:3 62:3
**hamlintec.com** 29:14
**hand** 28:12 59:8
**hang** 50:13 51:5
**happened** 18:10 21:6,10 21:22 22:11 23:6 35:21 37:7 43:18
**happening** 34:17
**hawkes** 1:15 58:1 59:14
**head** 6:13 32:8
**headache** 39:4
**hear** 34:20 50:4 50:10,17
**heard** 46:15 50:19
**heather** 1:7 57:6
**height** 4:21
**help** 10:9 51:24
**hereunto** 59:7
**hi** 50:19
**highland** 37:20
**hold** 19:10 28:16,17,19
**home** 31:10
**honest** 35:20 40:11 52:6
**honestly** 21:23 32:7 40:20 55:1
**honorable** 1:5 57:4
**hopefully** 6:8
**hour** 1:17
**hundred** 41:15
**husband** 17:14 42:9

**i**

**identified** 10:20
**identify** 4:5 46:10

**illinois** 1:1,16 2:4,9 4:21 57:1 58:3,8 59:15
**important** 35:24
**included** 60:13
**incorporated** 7:11,15 62:12
**incorporation** 42:23
**indicating** 60:13
**individual** 8:23 11:23 12:3 27:14
**inform** 33:11
**information** 14:21 19:9,14 19:23 29:18 31:11,14,16,18 33:16 38:18 42:21 43:3 47:22,23 48:2 50:4,18 52:2 52:10
**informed** 29:16
**initial** 32:17
**initiate** 35:17
**instructed** 36:10 49:8
**instruction** 38:1 47:18 49:2 52:21
**instructions** 3:15 52:18
**intend** 52:24
**intended** 32:13 33:6
**intending** 33:13,22
**interest** 11:24
**interested** 59:6
**introduced** 3:6 9:12 14:10 28:5 39:14 44:24 51:7
**invoice** 26:13 32:9 36:16
**invoices** 22:5 26:9,11,21 29:20 30:1,8 37:5
**involved** 16:14
**involvement** 12:19
**issued** 10:1

**j**

**j** 1:14 58:1 59:14
**january** 12:21 21:1,7,22 22:11 23:6 27:13 29:10 30:19 32:4,10 32:16 35:17 36:14,19,22 47:18 49:7,20 51:20,21 52:5 52:9,23 56:2,2 56:8
**jennifer** 3:10 26:16 27:15 28:14 37:6,17
**job** 6:8
**jp** 5:18 9:23
**jpmc** 39:20 44:21,22
**jpmorgan** 1:6 4:3,15 57:6 60:6 61:3 62:3
**judge** 1:6 57:6
**july** 1:16 58:4

**k**

**k** 1:7 12:8 57:6
**kind** 16:6 22:23
**klomp** 3:10 26:16 27:15
**knew** 23:14
**know** 5:11 7:1 7:5,23 10:9 16:4,5,6,17,19 17:3,23,23 18:20 19:19 21:16 22:4,5,6 22:7,7,8,19,23 23:1,3,19 25:12,13 26:12 27:6 30:3 32:6 37:1 39:5 40:20,22 41:13 42:15,16,17 43:6,9,10,18 44:4,8 45:22 50:7,9,11,12 51:4 53:23 54:6,8,9 55:4
**knowledge** 54:23

**l**

**l** 1:5 57:4
**labeled** 45:7
**ladies** 50:16
**laid** 16:22
**lake** 2:4
**language** 41:9 41:13
**large** 38:14
**largest** 24:1
**law** 2:2
**lawsuit** 12:24 46:11
**layoff** 16:19
**lazy** 38:24 39:2
**learn** 36:23
**legal** 46:20 60:1 63:1
**letter** 29:16 60:19
**letterhead** 31:1 31:2
**lies** 23:16
**lifted** 35:13
**line** 60:13 62:7 63:3
**liquidators** 16:4
**listed** 62:7,17
**listing** 62:7
**little** 23:21 29:4 29:7 32:24

**live** 37:18
**llp** 2:7
**location** 4:18
**log** 35:16
**long** 16:21 39:7
**longer** 53:24
**look** 10:8 43:20 46:2
**looked** 8:7 53:9
**looking** 45:5
**looks** 55:13
**loop** 16:22
**loose** 21:19
**loss** 21:5 46:19
**lost** 18:9
**lot** 6:8 18:8 22:17

**m**

**made** 32:16 35:14 36:16 37:21 61:7
**magistrate** 1:6 57:6
**mail** 25:19,23
**main** 13:13,17 17:9
**mair** 2:7 3:4 4:14,14 5:6,16 9:13,21 10:12 14:13 20:13 28:6 29:1 32:21 39:15 41:8 44:5,14 45:1 46:22 47:8,24 48:4,7 48:16,22 49:6 49:12,16 50:22 54:2 55:5,10 56:12,16 59:1
**major** 13:5,10 13:19 16:2,9
**make** 6:5,15,22 16:5 17:24 20:9 32:13,24 33:6 38:8 53:10
**makes** 6:8 19:3
**making** 31:23 33:12
**man** 8:13
**manager** 27:15 27:17
**manufacturing** 24:18
**map** 43:5
**march** 20:23 21:6
**marcone** 13:20 15:17,19,20,24 18:11,11,16 19:11,21
**margin** 17:22
**mark** 32:8 44:18
**marked** 39:12 51:15
**market** 13:8,15
**match** 31:2 40:6 47:3,22 48:9 49:1
**matched** 38:3 48:2
**matches** 48:10
**matter** 4:3 23:4
**mcshain** 1:7 57:7
**mean** 5:23 13:24 16:2 17:11,12 19:4 21:11,16 22:1 22:2 23:7,13 25:10 27:6,6,7 27:11 28:13 30:3 32:7 34:11 35:14,24 39:1,4 40:22 40:23 41:24 44:4,7 46:1 47:4 48:6 50:21
**meeting** 7:21 7:22
**memory** 41:21 42:1
**mentioned** 13:21
**messages** 8:11
**met** 42:10
**middle** 7:6 21:15
**midwest** 60:17 63:1
**million** 17:7 23:2
**money** 17:24 19:24 20:15 22:13 23:20 47:1,2
**month** 38:13,15
**morgan** 5:18 9:23
**morning** 5:7
**motions** 6:14
**multiple** 10:10 46:3
**munteanu** 1:11 3:3 4:2,16,20 5:1,7 7:4 9:14 10:13 14:14 20:14 26:22 28:7 29:2 35:15 39:17,21 45:2 49:17 50:23 56:13 57:15 58:5,11 60:8 61:4,9 62:4,13 63:20

**n**

**n** 3:1 12:7
**n.a.** 1:6 4:4 57:6 60:6 61:3 62:3
**name** 4:17 5:8 5:16 12:2,7 26:16 31:18 35:7 36:8 48:10 53:5,19 60:6 61:3,4,15 62:3,4,21

**names** 49:1
**nation's** 24:1
**need** 7:4 42:23
**needed** 25:17
**needing** 33:10
**needs** 24:23 42:15,17
**never** 37:4,14 45:6 46:7,15 46:15
**new** 15:6,6 29:21 31:15,16 31:22 36:17 37:11 51:13 52:17
**niles** 42:5
**normal** 30:10
**northern** 1:1 57:1 58:8
**notarized** 60:14
**notary** 57:20 60:24 61:10,18 62:15,23 63:23
**note** 10:1 60:12
**notice** 3:9,12 9:24 14:7 45:8
**noticed** 8:7
**notification** 45:22
**number** 3:6 10:2 15:17 16:10 28:2 30:22 31:19,19 34:6,8,11 36:6 36:9,18,18 37:24 38:3,4 39:20 42:24 44:19,22 47:2 47:6,13 48:10 50:9 53:15,24 54:11,23 60:7 60:13
**numbers** 28:22 28:23 49:1 54:12 62:7

**o**

**o** 12:7
**oath** 4:9,13 6:3
**object** 32:19 44:1 46:20 48:3
**objection** 4:8 4:13,15 20:3 41:3 47:20 48:14 49:5 54:2 55:5
**objections** 20:9
**obtain** 15:15
**occurred** 12:21 42:2
**october** 40:7 41:23 55:15 56:1,7
**offer** 16:6
**office** 27:15,17
**official** 61:15 62:21
**oh** 10:4 20:7 23:10 28:20 32:5 46:23 48:17 50:14
**ohio** 60:2
**okay** 6:5 7:2,3 7:8,9,22 8:17 8:20 9:2 10:6 10:19,22 11:1 18:3,5,13 19:6 19:13 20:24 23:22 24:5,16 25:4 26:8,9 27:11 28:20 30:6 31:13 32:15 33:2 34:19 35:20 37:7 38:14 39:24 42:4 44:8 48:1,17 48:23 49:14 50:4,12 51:9 51:11,14,19 52:9,16,20 53:2,5,8,19,23 54:8,22 55:3 55:12,23 56:5 56:10
**old** 39:9
**oldest** 39:9
**ones** 16:18
**online** 4:13 14:24 15:3,21 18:18 19:8,12 19:18 31:11,14 35:16 37:21 42:24 45:17,18 52:12,14
**open** 10:10 42:7,18,21 55:15
**opened** 41:22 56:1
**operate** 14:3
**opportunities** 16:18
**opportunity** 41:1,18
**order** 6:5 27:9 52:5,23 56:16
**orders** 24:23
**ordinary** 26:4 26:18,24 27:1 30:6
**original** 8:18 8:20 9:4
**outcome** 59:6
**outside** 7:22
**outstanding** 30:1
**owe** 30:2
**owed** 29:21 30:8
**own** 40:14 46:7
**owner** 11:10,12 11:20 12:9,10 12:17
**owners** 11:14 11:17
**ownership** 11:24

**p**

**p** 12:8
**p.m.** 56:21
**package** 25:3
**page** 28:9,11 29:6 30:11,12 44:20,21 51:12 51:16 55:14,22 55:24 60:13,15 62:7 63:3
**pages** 28:22 51:16 55:21 57:11
**paid** 19:4,5 21:13 25:2 51:21
**paper** 43:6,8
**park** 37:20
**part** 12:10,17 27:10 36:13 62:9
**particular** 21:4
**parties** 58:22 59:5
**partners** 12:14
**parts** 13:4,19 17:6,17,18,20 18:19 24:2 25:1
**pauker** 12:4,7 12:9,12,16,23
**pay** 19:2,12 21:14 22:12 29:20 30:4 36:1 51:13
**payable** 52:24
**payee** 52:15
**paying** 23:2
**payment** 20:16 30:23 32:1,3,6 32:10,16,17 33:7 36:15,16 37:5,8 47:18 52:5,13,17,21 52:23
**payments** 19:7 26:11 31:23 33:4 38:8,14 47:9
**pending** 58:6
**people** 5:15
**percent** 13:8,21 27:7 41:13,15
**person** 26:10 26:10,14,15 50:5
**personal** 54:15 54:16,17,24
**personally** 61:11 62:15
**pertaining** 1:13
**phone** 8:10 25:8,15 34:20 36:3 37:13,17 50:6 60:3
**physical** 55:23
**pick** 25:15
**picked** 37:13
**piece** 35:11
**place** 15:10
**plaintiff** 1:4 2:6 57:4 58:6,24
**plaintiff's** 3:14 51:6,14
**please** 4:5,17 6:13 7:1,5,7 12:6 29:7 32:23 60:11,11
**police** 37:20
**pollack** 2:2,2 3:4 4:11,11 9:18 10:9 20:3 20:6,8 28:21 32:19 41:3 44:1,13 46:20 47:20 48:3,14 49:5,14 50:24 51:3,8 54:4,7 55:8,11 56:10 56:15,18,19 58:24 60:5
**populate** 54:18
**populated** 52:15
**potential** 16:11
**preparation** 8:5,15 9:6
**prepare** 7:17 8:1 11:2
**prepared** 10:22
**presence** 58:15
**present** 2:1
**president** 11:8 31:5
**presumptions** 22:7
**pretty** 18:2
**previous** 11:20
**previously** 11:17 53:8 54:12
**prices** 17:22 18:11 24:18
**primarily** 25:5 25:7
**prior** 31:2 42:14
**privacy** 3:12 45:8,10
**private** 45:11
**probably** 22:18 30:4 37:1 38:13
**procedure** 1:12 61:5 62:5
**proceeding** 5:18 6:10
**produced** 58:5
**production** 60:15,17,22
**products** 14:1 15:9,12,15,19 15:20 16:11 18:17,24
**profile** 19:8 31:15 35:16
**profit** 24:17,19
**program** 48:20

**programs** 48:20
**pronouncing** 5:8
**prospect** 4:20
**provide** 6:12,13
**provided** 5:24 30:18,21 33:15 50:18
**providing** 7:10 42:20
**public** 57:20 61:10,18 62:15 62:23 63:23
**pull** 19:21,22 20:17 23:1 55:8
**purchase** 15:11 15:20 18:17
**purchases** 15:23 19:3
**purchasing** 18:23 24:18
**purported** 27:14,19,23 31:7
**purporting** 8:23 33:23 38:4
**purposes** 7:13 18:21
**pursuant** 1:11
**push** 20:16,19
**pushing** 19:24
**put** 8:10 32:7 53:17,20

**q**

**quantity** 17:23
**question** 5:20 6:20 7:1 20:11 26:8,23,23 27:12 32:8,23 41:17 48:8 56:5
**questions** 5:19 6:1,19 49:18 50:22 51:1 56:11 57:13
**quick** 49:12

**r**

**r** 12:7,8
**racine** 17:4
**reach** 32:12
**reached** 37:3
**react** 37:9
**read** 31:6 40:9 40:12,20 41:2 41:9,12,14,18 43:12,13 45:13 55:13 57:9 61:5,6,12 62:5 62:6,17
**reading** 40:19 60:19
**ready** 45:22
**really** 40:11 46:1
**reason** 21:4,9 60:14 62:8 63:3
**reattempt** 36:10
**recall** 8:14 9:6 32:3,10,15,22 33:10 34:2,15 35:6 36:9 45:15 52:3 53:14 55:17,20
**recalled** 33:3
**receipt** 60:18
**receive** 15:12 16:11 26:1,18 26:20 27:1 45:18,20,21 55:23 56:6
**received** 26:17 27:14,22 29:9 29:24 30:7 31:1,6 37:4 38:4 40:24 43:8 47:17 55:16
**receiving** 43:2 45:15 52:20
**recess** 49:15
**recognize** 14:17 51:11
**recollection** 35:1,9 51:24
**record** 4:6,7,19 6:21 12:5 20:12 28:21 39:19 62:9
**redo** 35:23 52:7
**reduced** 58:16
**refer** 7:14 18:22
**reference** 60:7 61:2 62:2
**referenced** 61:11 62:15
**referencing** 14:6
**referring** 7:14 8:21 9:4 18:6 42:6
**refresh** 51:24
**refurbish** 13:7
**regards** 26:11
**related** 27:9 59:4
**relationship** 20:21 22:22 26:6,19 27:3,7 38:23 43:23
**released** 35:22
**remember** 32:7 33:8 35:21,23 36:1,3,5,7,12 42:3,10,13,20 43:2 45:9,11 52:7
**remote** 1:10
**remotely** 4:10 4:23 5:3 58:4 58:11

**removing** 17:6
**repeat** 32:23
**reported** 58:15
**reporter** 4:1,9 4:16 6:14,21 56:17 58:2 59:15 61:7
**reporter's** 6:8
**represent** 4:7 4:12 5:18 9:23 39:19 44:19
**representative** 36:4 49:22 50:5
**representatives** 25:9
**request** 6:17 7:5 62:9,11
**required** 33:5 60:24
**requiring** 32:12
**resell** 13:8
**reserve** 56:15
**reserved** 58:21
**respect** 11:5 20:14 46:6
**respectfully** 26:22
**respective** 58:22
**response** 7:7 50:11
**responses** 7:11
**responsible** 46:19
**restricted** 32:11,18 33:5 33:9
**retailer** 13:3,12
**retailers** 13:6 13:10,16
**returned** 60:18
**returns** 13:7 16:24
**review** 8:4 45:24 60:12 61:1 62:1
**reviewed** 10:19 45:23
**reviewing** 8:15 9:6
**right** 7:15 8:9 14:22 21:2 22:3 28:11,12 29:22 33:24 35:22 41:2,10 43:10 44:3 48:20 49:17 53:12,17 55:4
**robyn** 12:4,12
**robyn's** 17:13 17:14 42:8
**room** 34:16
**roselle** 39:10
**routing** 31:19 36:17 53:15,24
**rule** 6:11
**rules** 1:12 6:7 61:5 62:5
**run** 6:6,6

**s**

**s** 3:5 60:15 62:8 62:8 63:3
**sales** 13:9 17:7
**sara** 1:5 57:4
**sat** 5:24
**saw** 22:5
**saying** 6:10 53:10
**says** 16:5 28:13 41:6,13,16 53:20 54:10,15
**scam** 36:24
**scammers** 23:17
**schedule** 10:3
**screen** 9:10,15 14:15 17:5 28:17 39:17 51:4
**screw** 5:13
**scroll** 9:18 10:17 29:4
**scrolled** 29:5
**scrolling** 45:6
**seal** 61:15 62:21
**second** 3:8 6:17 9:9,24 10:5 20:9 51:5,16 55:10
**secondary** 13:15
**see** 9:14 10:14 14:14 28:7,10 28:11,13,15 30:12 39:16 51:9,17,22
**seeing** 45:9,12
**seems** 51:19
**seen** 9:17 10:16 29:2 30:15 39:21 45:2,6 46:7
**select** 52:14
**sell** 13:4 15:21 16:12 17:1,16 17:19,23 18:18 24:16,19
**seller** 14:21
**selling** 14:1 17:6 18:16
**sells** 15:16
**send** 19:9 24:22 25:24 33:13,22 47:1,2 49:8
**sending** 19:24
**sense** 6:15,22
**sent** 8:22 20:15 23:20 30:18 36:22 37:10,23 47:13,23 49:2 49:9 51:21 56:3
**series** 54:11

**set** 51:12 59:8
**shakes** 6:13
**share** 9:9 21:11 24:17 28:1 39:11 51:4
**shares** 21:21
**sharing** 24:20 55:9
**sheet** 60:13 62:7,10,18 63:1
**sherwood** 2:3
**shipped** 24:23
**short** 16:21 50:15
**shorthand** 4:8 58:2 59:15
**show** 10:5,14 14:5
**shown** 53:5 54:16 60:16
**shows** 51:20,21
**side** 42:16
**sign** 39:23 40:6 40:13,17
**signature** 3:11 40:5,6,21,23 41:6 42:14 43:4 58:20 59:13 60:14
**signed** 40:1,7 40:10 41:1,18 61:13 62:18
**signing** 42:14 43:3 60:19
**sincerely** 60:21
**sir** 60:10
**site** 13:15 15:10 15:11 19:12,18
**sitting** 34:16
**slowly** 10:17
**small** 16:3
**smoothly** 6:6
**sold** 17:10
**solutions** 60:1 63:1
**somebody** 16:4 22:3,19 47:3
**soon** 49:13
**sorry** 36:2
**source** 15:12
**sources** 15:3 16:10
**speak** 41:12
**speaker** 34:21 50:10
**specifically** 29:12 36:6
**spell** 12:5
**spoke** 35:2 37:17 49:21
**spoken** 11:2 12:23
**stamped** 28:3 28:15
**start** 17:10,17 17:21
**started** 8:19,21 12:11,12 22:4 43:20
**starts** 44:20
**state** 1:15 4:6,7 4:17,18 58:2 59:15 61:10 62:15
**stated** 36:18
**statement** 61:13,14 62:19 62:19
**statements** 45:16,18
**states** 1:1,13 57:1,12 58:7
**stating** 37:7 50:1
**stenographic...** 58:15
**steve** 2:2,5 4:11 49:13 58:23
**stock** 27:10
**stop** 20:8 55:9
**storefront** 3:9 14:3,18,19
**story** 16:21
**structure** 48:24
**stuff** 42:17,19
**subject** 12:24
**submit** 32:1,5
**submitted** 46:14 47:4,22
**submitting** 32:3
**subscribed** 57:17 61:10 62:14 63:21
**suite** 2:3,8 60:2
**suntrust** 34:5,6 34:7,10,12 35:2,4,12 36:5 49:23,24 50:5 53:11 54:1
**superior** 60:1
**suppliers** 24:2
**supposed** 47:5
**sure** 8:12 32:24
**switch** 18:10
**sworn** 4:23 5:3 57:17 58:12 61:10,13 62:14 62:18 63:21
**system** 38:18 52:13 53:21 54:17

**t**

**t** 3:5
**take** 6:21 7:8 22:13 48:9 49:12
**taken** 1:11,14 4:2
**talk** 9:2 23:21
**talked** 37:14
**talking** 18:23 52:2
**tax** 42:23
**tec** 1:3 4:3,12 7:11,14,15 11:5,8,10,15,18 11:21,24 12:10 12:17 13:2

15:4,15 18:1 19:2,7 20:20 24:7,11,14,17 27:13 29:21 30:2,23 31:6 33:4,19 36:14 36:23 37:24 38:8 43:22 46:18 47:16 49:7 52:24 55:23 57:3 60:6 61:3 62:3
**tec's** 26:6 27:3 37:5 38:23 41:22 44:9 46:19 47:18
**tell** 50:5
**ten** 24:4 26:21 30:4 37:1 39:5 39:6
**termination** 16:20
**terms** 15:8
**terrace** 2:3
**testified** 5:4 33:3 49:20
**testify** 10:22 58:12
**testimony** 35:15 50:2 58:14,18 59:7 61:6,7 62:6,9 62:12
**thank** 5:9,10,16 28:13 50:13,22 56:12,14
**thereof** 59:6
**thing** 15:5
**things** 16:7
**think** 19:10 22:10,16 23:3 23:16,18,19 26:16 37:7 42:5 43:10 49:13 53:9 54:12 55:14
**thirty** 60:18
**thought** 31:21 32:8 40:21 41:7
**three** 23:2 38:13,14 43:5
**time** 6:24 7:5 8:13 13:5 26:13 29:24 30:7 35:24 48:9 50:23 53:23 54:22 56:13
**times** 6:18
**title** 41:6 43:13
**today** 5:19 6:3 8:13 9:7 10:22 43:21 50:23
**told** 35:22 37:10
**took** 39:8
**top** 24:4
**topics** 10:2,19 10:23
**totaling** 49:8
**touhy** 42:5
**transaction** 32:13 33:12 34:4
**transcribe** 6:15
**transcribed** 61:7
**transcript** 57:10,12 58:18 60:11,12 61:5 61:12 62:5,11 62:17
**transfer** 3:15 35:14,17 36:11 38:1 49:8,9 52:24 56:3
**traurig** 2:7 5:17
**tried** 22:20 23:3 43:20
**truck** 24:24
**truckloads** 16:24
**true** 36:20 58:17
**truist** 53:20,20
**trust** 23:4
**truth** 58:12,12 58:13
**try** 5:10 7:1 32:24
**trying** 10:5,14 21:10,15 22:9 22:12,24 23:1 42:18
**tv** 17:17
**tv's** 17:5
**two** 37:2 50:15 51:15
**type** 13:2 24:17
**typewriting** 58:17

**u**

**u** 12:8
**ued** 36:16,17
**under** 6:3
**understand** 6:24 7:10 22:9 40:3 41:15 47:9,12
**understanding** 12:20 15:9 19:20 20:18
**understood** 8:12 12:12,16 15:8 16:8 19:16,19 28:18 33:10
**undetermined** 58:7
**union** 8:23 17:16 18:8,12 18:14 20:14,21 21:5,20 22:10 23:23 24:8,12 24:15 25:6,9 25:16,20 26:4 26:6 27:2,17 29:16 30:2,8

31:3,7,15,22 33:7,23 35:18 37:3 38:5 47:5 53:1,2,3,4
**united** 1:1,13 57:1 58:7
**used** 16:21,23 16:23,24 17:16 18:7,13 24:16 24:21,22,24 26:20 30:3 39:10
**using** 19:22

**v**

**v** 60:6 61:3 62:3
**valid** 34:4
**vendor** 19:9,20 24:9 38:8,14 53:5,14,19 54:10,23
**vendors** 18:10 18:22
**verify** 32:12 33:6 49:23 50:8,19
**veritext** 60:1,7 63:1
**veritext.com.** 60:17
**victim** 36:24
**vs** 1:5 4:3 57:5

**w**

**wacker** 2:8
**wait** 6:20 25:13
**waived** 60:19
**walmart** 15:5,7
**walmart's** 15:10
**want** 7:23 21:17,18 49:18 56:17
**wanted** 9:3
**warehouse** 17:4 25:2
**way** 5:14 19:17 21:15 52:1 59:4,5
**website** 15:12 23:24
**week** 41:24
**weekly** 38:8,12 38:12
**weeks** 37:2
**went** 17:3,7 18:11 21:12 29:12 31:10 33:14,15 37:18 37:20,22 41:22 42:3,7,8 49:21 52:22 55:15
**west** 2:8
**whereof** 59:7
**wholesaler** 13:3 18:15
**wide** 16:10
**windows** 10:10
**wisconsin** 17:4
**wit** 58:3
**witness** 3:2 4:10,20,22 5:2 9:19 14:11 20:4,7 41:4 44:2 46:23,24 47:21 48:5,15 48:17,18 54:3 54:5 55:6 56:14 58:5,14 58:16,19 60:8 60:11 61:1,4 61:11 62:1,4 62:15
**witness’** 60:14
**word** 6:9
**work** 16:21 22:20
**working** 20:20
**worry** 5:14
**write** 48:20
**written** 25:19 43:24 44:10
**wrong** 23:20

**x**

**x** 2:3 3:1,5

**y**

**y** 12:7
**yeah** 5:11 16:2 16:6 21:9 25:7 25:13 27:5 38:11 39:5,23 44:3 48:16 54:4
**year** 11:6 17:8 18:7 20:24 21:1
**years** 17:11 18:4,5,6 23:3 39:9 41:11
**young** 50:15

**z**

**zero** 15:6
**zoom** 1:10 2:1 4:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.