**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HAMLIN TEC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No. 1:23-cv-03415<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Heather K. McShain |

**DECLARATION OF KEVIN KESTERSON**

I, Kevin Kesterson, declare and state as follows:

1. I am a Vice President, Business Analysis Manager at JPMorgan Chase Bank, N.A. ("Chase"). In my position, I have access through Chase's systems to information and documents relating to Chase deposit account customers, including Bogdan Munteanu ("Mr. Munteanu") and Plaintiff Hamlin Tec, Inc. ("Plaintiff"). Except as otherwise indicated, all facts set forth in this Declaration are based upon my review of Chase business records, maintained by Chase in the ordinary course of business, and my knowledge as a Vice President, Business Analysis Manager. If called to testify in this matter, I could competently testify to the facts set forth herein.

2. I have reviewed the business records regarding Plaintiff's enrollment in online banking services at Chase relating to its account and its acceptance of certain contracts with Chase relating to its account though the Chase.com User ID associated with Plaintiff's account. I have also reviewed the business records regarding Mr. Munteanu's enrollment in online banking services at Chase relating to his accounts and his acceptance of certain contracts with Chase relating to his accounts through the Chase.com User ID associated with Mr. Munteanu's account.

3. On July 24, 2009, Mr. Munteanu created an online profile with a unique Chase.com User ID. Mr. Munteanu's Chase.com User ID for was used to agree to Chase's Online Services Agreement. During the enrollment process, the Chase.com User ID for Mr. Munteanu was required to and did affirmatively click boxes acknowledging that the user had read and accepted the Online Services Agreement.

4. After Plaintiff's account ending in -3593 ("Account -3593") was established in Hamlin Tec's name, it was linked with Mr. Munteanu's online profile and Chase.com User ID.

5. Because Account -3593 was linked with Mr. Munteanu's online profile, Mr. Munteanu was able to transact with respect to Account -3593, and Mr. Munteanu's various online agreements applied to transactions made online with respect to Account -3593.

6. Mr. Munteanu's online profile accepted Chase's Vendor Payment Service Agreement on December 3, 2009.

7. A true and correct copy of Chase's Vendor Payment Service Agreement in effect in January 2022 is attached hereto as Exhibit A.

8. Exhibit A is a business record made in the ordinary course of business at Chase.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on September 11, 2024, in Columbus, Ohio.

Kevin Kesterson
Vice President, Business Analysis Manager
JPMorgan Chase Bank, N.A.

# EXHIBIT A

## ACH Payment Agreement

We suggest you read this document carefully and print a copy for your reference. You may refer back to it at any time by accessing the Legal Agreements tab within the Online Service.

### ACH Payment Service Addendum to Online Service Agreement

As a subscriber to the ACH Payment Service (the "ACH Payment Service") this Addendum ("Addendum") amends and becomes a part of the Online Service Agreement ("Initial Agreement") between JPMorgan Chase and you (the business entity applying for or using the Online Service). The terms of the Initial Agreement are hereby ratified, affirmed and incorporated herein and shall continue to apply in all respects, as amended hereby.

**1. Definitions and General Terms**

As used herein, the term "Agreement" shall mean both the Initial Agreement and the Addendum, collectively. Except as otherwise set forth herein, all capitalized terms used but not defined herein shall have the meaning set forth in the Initial Agreement. By using the ACH Payment Service, you agree to the terms and conditions of this Agreement. The following additional definitions are part of this Addendum:

- "ACH" means the Automated Clearing House network, which is used for business customers enrolled in the ACH Payment Service, to route ACH Payments to Payee deposit accounts;
- "ACH Payment" means a payment sent via the ACH for the transfer of money to the account of a Payee, available only to business customers enrolled in the ACH Payment Service;
- "Cancelled" means when an ACH Payment will neither be processed nor sent at your request;
- "Current Day" refers to an ACH Payment that is scheduled with a present day Send On date (i.e., the payment is scheduled to begin processing the same date as the Instructions are entered);
- "Cutoff Time " means 7:00 PM Eastern Time on any Business Day and is the time by which we must receive Instructions to have them considered entered on that particular Business Day. See the paragraph entitled "Cutoff Times; Deliver By Date" for additional details;
- "Deliver By date" means the date by which an ACH Payment will be delivered to the Payee's account. A Deliver By date is generally one Business Day after the Send On date, but may be two Business Days after the Send On date, except in the case of Repeating ACH Payments which fall on a non-Business Day as set forth in Section 2;. See Paragraph entitled "Cutoff Times; Deliver By Date" for additional details;
- "Failed Payment Fee" means a $6.00 fee that will be assessed if your ACH Payment cannot be Funded after a total of three unsuccessful attempts to withdraw funds from the Pay From account on consecutive Business Days;
- "Funded" means when a ACH Payment amount has been withdrawn from the available balance of your Pay From account;
- "Funding Failed" means when an ACH Payment will not be delivered after a total of

three unsuccessful attempts have been made to withdraw funds from the Pay From account on consecutive Business Days;

- "Funds Needed" means when an Instruction is not processed because the respective Pay From account had insufficient funds to complete the transaction after the first and/or second attempt to withdraw the funds;
- "Future Dated" refers to ACH Payment Instructions that are not scheduled to begin processing on the Current Day; only Business Days may be selected for Future Dated payments. Future Dated payments include any Instruction entered after the Cutoff Time on any Business Day or any Instruction entered on a non-Business Day;
- "In Process" means that an ACH Payment is no longer "Pending" or "Funded" and it cannot be changed or Cancelled;
- "Instructions" means the information provided by you to us for a ACH Payment to be delivered to the Payee (such as, but not limited to, Payee name, account number, and desired Deliver By date);
- "NACHA Rules" means the Operating Rules of the National Automated Clearing House Association, as amended from time to time.
- "Payee" means the person to whom you designate an ACH Payment to be directed;
- "Pay From account" means the deposit account you maintain with us from which ACH Payments will be made;
- "Pending" means any Instruction that you have ordered to be made which has not been Cancelled by you before the Cutoff Time on the Send On date. All Future Dated ACH Payments are "Pending" starting from the time you enter Instructions until they are "Funded";
- "Primary Account" means the checking account you designate for paying any recurring monthly service fees;
- "Repeating ACH Payment" means automatic recurring ACH Payments to the same Payee for the same payment amount, which you can authorize for payment up to 365 days in advance;
- "Send On date" means the Business Day of your choice upon which your ACH Payment will begin processing and the day as of which your Pay From account will be debited. The Send On date is generally one Business Day before the Deliver By date, but may be two Business Days before the Deliver By date, except for Repeating ACH Payments which fall on a non-Business Day as set forth in Section 2, below; and
- "Transaction Number" means the number that we send in response to your Instructions to confirm that your Instructions have been received by us .

You may utilize the ACH Payment Service to make requests for the payment of your Current Day and Future Dated ACH Payments, and Repeating ACH Payments from your Pay From account. We may, from time to time, establish minimum and maximum transactional and daily dollar limits on ACH Payments that may be initiated via the Online Service which we may impose in our discretion and at our option. The "General Terms Applicable to Bill Payment and Transfer Services" section of the Initial Agreement shall apply equally to ACH Payments issued hereunder, as if those terms were restated herein, unless the context clearly indicates otherwise.

## 2. ACH Payments

You agree that you will obtain all authorizations necessary under applicable law and the NACHA Rules to make ACH Payments into the Payee's account via the ACH Payment Service. You further agree to take all appropriate measures to ensure the accuracy of the

Instructions you submit. If you schedule Repeating ACH Payments and the Send On date falls on a non-Business Day, the Send On date (i.e., the day your Pay From account will be debited) will be moved to the immediately preceding Business Day but the Deliver By date of the ACH Payment will remain unchanged. If the Deliver By date of a Repeating ACH Payment falls on a non-Business Day, both the Send On date and the Deliver By date will be moved to the immediately preceding Business Day.

### 3. Payment Services

**Description of Services:** To use the ACH Payment Service you must maintain a checking account with us and designate one of your eligible checking accounts with us as your Primary Account for the payment of recurring monthly service fees. You may designate any of your eligible checking accounts with us as your Pay From accounts for any of your ACH Payments. You agree to use the ACH Payment Service only for payments to Payees located within the United States, subject to our approval, and you agree to use the ACH Payment Service only to issue Instructions for lawful purposes. To use the ACH Payment Service you must provide sufficient information online to us to properly identify your Payee(s) (including, without limitation, whether a Payee is an individual or a business), direct your payment and permit the Payee to identify you as the payment source upon receipt of a payment. You must complete all required fields with accurate information, as directed by the ACH Payment Service screen messages. By providing us with the names and account information of those Payees to whom you wish us to direct payment, you authorize us to follow the Instructions that we receive through the ACH Payment Service. You further authorize us to update or change any of your Payee information as requested or provided by your Payee. When we receive a payment Instruction in your name (either Current Day or Future Dated), we will send funds to the Payee on your behalf, from the funds in your Pay From account. You authorize us to charge your designated Pay From account for all payments that you authorize initiate through the ACH Payment Service. We and any agent used by us in connection with the ACH Payment Service are authorized to electronically debit your Pay From account for the purpose of making payments. All Current Day ACH Payments will be deducted from the Pay From account balance on the calendar day of the request. All ACH Payments (other than Repeating ACH Payments) that are initiated on any non-Business Day or after the Cutoff Time on any Business Day, will reflect a Send On date of the next Business Day.

**Your responsibilities:**You agree to have sufficient available funds in the Pay From account on the Send On date for transactions you schedule. We will not be obligated to follow any Instructions unless and until there are sufficient available funds in your Pay From account (including any overdraft protection account or any credit account supporting your Pay From account) to cover the payment on the Send On date. Please note that if you have overdraft protection, the funds in your protecting accounts are included in the determination of available funds; in the event that there are insufficient available funds to cover a payment and you have Overdraft Protection, the funds in your protecting account are eligible for protection of items initiated via the Service. If there are insufficient available funds to cover a Current Day payment, we will not retry the payment and it will be immediately rejected. If on the morning of the Send On date of a Future Dated payment there are insufficient available funds in your applicable account to complete the scheduled payment, we may reject the request or overdraw your account and process the payment for delivery. In the alternative, if sufficient funds are not in your account on the Send On date, we will automatically try to debit your account up to two (2) more times on the two (2) succeeding Business Days. For these attempts, a status of "Funds Needed" will appear online. After the third and final attempt, the ACH payment request will be Cancelled. A status of "Funding Failed" will appear online and

a Failed Payment Fee will be assessed (see the paragraph entitled "Charges", below). We will send you an e-mail advising you of each failed attempt to debit your Pay From account. If we are unable to complete the transaction for any reason associated with any Pay From account (for example, there are not sufficient funds in a designated Pay From account to cover the transaction or the account is closed), the transaction may not be completed. You agree that we may, at our option, follow your Instructions to make payments to a named Payee, even though a debit to your Pay From account may bring about or increase an overdraft. In the event of an overdraft to your Pay From account, we may charge any other of your accounts for the amount of the overdraft.

**Canceling Payments:**You may cancel any Pending payment via the ACH Payment Service if you do so no later than the Cutoff Time, on the Send On date. If any funds have been charged to your Pay From account, such funds will be returned to your Pay From account by the following Business Day. You may not stop or cancel a payment after the Cutoff Time has passed. You may not amend or modify Instructions or Pending payments once they have been scheduled.

4. **Charges**

The following fees will be charged for the ACH Payment Service, beginning in the month in which the Service is established. A recurring monthly service fee of $25.00 will be charged for the ACH Payment Service. This $25.00 fee will cover 25 ACH Payments per month; a fee of $0.15 (fifteen cents) will be charged for each ACH Payment in excess of 25 in any given month. The recurring monthly service fee will be assessed to the account designated by you as the "Primary Account" for the ACH Payment Service. Upon each occurrence of a payment reversal request, an additional fee of $2.50 will be charged. Additionally, a fee of $2.50 will be charged each time an item is returned which cannot be credited to the account in question. The foregoing charges will be assessed to the designated Pay From. We may additionally charge a Failed Payment Fee in the amount of $6.00 if we attempt to fund an ACH Payment three times and are unsuccessful due to an insufficient available balance in your account to fund the ACH Payment. We will not be liable for failure to pay any ACH Payment request unless it is drawn against available funds credited to the designated Pay From account. The Failed Payment Fee will be deducted from the appropriate Pay From account. If you have multiple ACH Payments scheduled to occur on any day when there are insufficient available balances in your account to fund the payments, you may incur up to six (6) Failed Payment Fees per Pay From account per Business Day. Chase reserves the right, from time to time upon notice to you to add, delete or modify charges.

5. **Cutoff Times; Deliver By Date**

All transmissions to JPMorgan Chase must be completed by JPMorgan Chase's established Cutoff Times in order for processing to commence on the same Business Day. Any transmission completed and received by JPMorgan Chase after such Cutoff Times will be processed by JPMorgan Chase on the following Business Day. Current Day payments made before the Cutoff Time will be deducted from your Pay From account as soon as you receive the payment transaction number. All payments initiated on any non-Business Day or after the Cutoff Time on any Business Day, will be deducted from your Pay From account as of the next Business Day. The Cutoff Time for making an ACH Payment is 7:00 PM Eastern Time. Repeating ACH Payments will be deducted from your Pay From account on the morning of the Send On date. The Send On date will be adjusted to the immediately preceding Business Day for any Repeating ACH Payment which is scheduled for payment on a non-Business

Day.

You will designate your desired Deliver By date when you schedule your ACH Payment(s). Although the Deliver By date is generally the next Business Day, JPMorgan Chase cannot ensure a next-day Deliver By date and the Deliver By date may be the second Business Day after the Send On date. Further, additional time may be needed by the Payee's bank to post the ACH Payment to the Payee's account.

**6. Duplicate Entries**

Duplicate ACH Payments entered for the same amount, Payee name and Deliver By date will be accepted for payment if you have sufficient available funds on the Send On date.

**7. Making Payments via ACH**

ACH Payments are transmitted via the ACH network. ACH Payments are allowed only to Payees with accounts at ACH member banks. You will be notified via electronic mail to your Secure Message Center inbox only if there is a problem or an error with the information you originally transmitted.

**8. ACH Rules**

Your issuance of Instructions and our processing and release of such Instructions to the ACH payment system shall be pursuant to the terms of this Agreement and the NACHA rules and the rules of the applicable automated clearing house ("Regional ACH") (collectively, the "Rules"). Undefined capitalized terms used in this Section 8 and in Sections 9-14 of this Agreement which are defined in the Rules shall have the meanings ascribed to those terms in the Rules.

The relationship between JPMorgan Chase and you with respect to ACH Entries we originate in your name based on your Instructions, shall be governed by the terms of the applicable Rules, except as otherwise provided in this Agreement or other agreements you have with JPMorgan Chase. JPMorgan Chase and you shall be bound by the Rules as in effect from time to time including without limitation, the provision thereof making payment of a Credit Entry by a Receiving Depository Financial Institution ("RDFI") to the Receiver (i.e., the Payee) provisional until receipt by the RDFI of final settlement for such Credit Entry. You acknowledge that you have received notice of such rule and of the fact that if such settlement is not received, the RDFI shall be entitled to a refund from the Receiver of the amount credited and you shall not be deemed to have paid the Receiver the amount of such Credit Entry.

**9. Processing; Transmittal**

In processing and transmitting Entries to accounts of Receivers at JPMorgan Chase ("On-Us Entries"), JPMorgan Chase shall debit or credit the accounts of Receivers on its books. In processing and transmitting Entries intended for the accounts of Receivers at RDFIs, JPMorgan Chase shall process and transmit such Entries to the applicable Regional ACH for processing and ultimate transmittal to RDFIs.

**10. Rejections; Returns**

JPMorgan Chase shall notify you of any Instructions which JPMorgan Chase rejects or of any Entries which are rejected or returned by the RDFI. You shall be responsible for any correction and re-submission to JPMorgan Chase of appropriate Instructions. JPMorgan Chase will credit your account for the amount of any returned Credit Entry upon receipt by JPMorgan Chase of settlement for such Entry.

**11. Reversals**

Reversal requests can be initiated only by calling us at 1-877-CHASEPC (1-877-242-7372) within five Business Days of the Deliver By date. Reversal requests received after the expiration of such period will not be honored. Reversal requests are accepted under the express understanding that JPMorgan Chase does not guarantee that the request will be honored by the RDFI. When a reversal request is initiated, the Pay From account will be credited for the amount of the reversal and JPMorgan Chase will place a hold on such funds for a period of seven Business Days following the reversal request. JPMorgan Chase will debit the Pay From account for the amount of the reversal in the event that the RDFI fails to honor the request or JPMorgan Chase otherwise fails to receive final settlement for the funds in question. Reversal requests, reversals that have been processed and other reversal activity will not be reflected on your Online Service status report. You agree to indemnify both JPMorgan Chase and the RDFI from and against any and all claims, demands, losses, liabilities or expenses (including attorneys' fees and costs) resulting directly or indirectly from compliance by JPMorgan Chase and the RDFI with such request or reversing Entry.

**12. Name/Identifying Number Inconsistencies**

In processing and transmitting Instructions and Entries issued in your name, JPMorgan Chase may rely upon the identifying number (e.g., bank routing number or Payee account number) of any bank or Payee identified in the Instructions. The RDFI may credit or debit, as appropriate, the account of the Payee on the basis of an account number, even if it identifies a person different from the Receiver. You assume full responsibility for any inconsistency between name and identifying number of any bank or Receiver in Instructions issued in your name and in any Entries processed and transmitted by JPMorgan Chase therefrom.

**13. Warranties; Indemnity**

You shall obtain all authorizations necessary to enable JPMorgan Chase to perform the ACH Payment Service by Entries and shall furnish JPMorgan Chase with copies of such authorizations if requested. Except as specified below, you shall be deemed to make the same warranties to JPMorgan Chase as JPMorgan Chase is deemed to make under the Rules, and JPMorgan Chase shall have no responsibility with respect to matters so warranted by you. In the case of On-Us Entries, such warranties shall be deemed to apply as of the time JPMorgan Chase first processes such On-Us Entries. You shall not be deemed to warrant, however: (i) the power of JPMorgan Chase under applicable law to comply with the requirements of the Rules; or (ii) the conformity of Entries transmitted by JPMorgan Chase to the file specifications contained in the Rules. You further represent, warrant and acknowledge that each Entry you originate shall comply with all applicable U.S. laws and regulations.

In addition to the indemnities set forth in the Initial Agreement, you also agree to indemnify JPMorgan Chase and hold it harmless from and against any and all claims, demands, losses, liabilities or expenses (including attorneys' fees and costs) resulting directly or indirectly from: (i) breach by you of any warranty made under this Agreement and (ii) the transmittal by JPMorgan Chase of Entries in accordance with Instructions issued in your name.

**14. Liability Limitations**

JPMORGAN CHASE, ITS AGENTS, EMPLOYEES, OFFICERS AND DIRECTORS, SHALL NOT BE LIABLE FOR ANY DAMAGE, LOSS, EXPENSE OR LIABILITY OF ANY NATURE WHICH YOU MAY SUFFER OR INCUR, EXCEPT TO THE EXTENT OF DIRECT LOSSES OR EXPENSES ATTRIBUTABLE TO THE GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OF JPMORGAN CHASE, ITS AGENTS, EMPLOYEES, OFFICERS OR DIRECTORS. JPMORGAN CHASE, ITS AGENTS, EMPLOYEES, OFFICERS AND DIRECTORS SHALL NOT, IN ANY EVENT, BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL OR PUNITIVE LOSS OR DAMAGE OF ANY KIND (INCLUDING, BUT NOT LIMITED TO LOST PROFITS), WHETHER OR NOT FORESEEABLE, EVEN IF JPMORGAN CHASE, ITS AGENTS, EMPLOYEES, OFFICERS OR DIRECTORS HAVE BEEN ADVISED OF THE LIKELIHOOD OF SUCH LOSS OR DAMAGE, AND REGARDLESS OF WHETHER THE CLAIM FOR LOSS OR DAMAGE IS MADE IN NEGLIGENCE, GROSS NEGLIGENCE, FOR BREACH OF CONTRACT OR OTHERWISE. TO THE MAXIMUM EXTENT PERMITTED BY LAW, JPMORGAN CHASE SHALL NOT BE LIABLE FOR: (I) ANY ACT OR FAILURE TO ACT OF A REGIONAL ACH, AN RDFI, OR ANY OTHER THIRD PARTY; OR (II) AN ACT OF GOD, ACT OF GOVERNMENTAL AUTHORITY, DE JURE OR DE FACTO, LEGAL CONSTRAINT, WAR, TERRORISM, CATASTROPHE, FIRE, FLOOD OR ELECTRICAL, COMPUTER, MECHANICAL OR TELECOMMUNICATIONS FAILURE, OR UNAVAILABILITY OF A PAYMENT SYSTEM, OR ANY CAUSE BEYOND ITS REASONABLE CONTROL.