**UNITED STATES DISTRICT COURT OF ILLINOIS**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HAMLIN TEC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 23 cv 3415 |
| | ) | |
| JPMORGAN CHASE BANK N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF Thelma Singh**

1. My name is Thelma Singh. I am over the age of eighteen (18) years and am competent to make this Declaration. If called to testify, I would and could testify as to the following facts.

2. I am a Vice President employed by non-party Truist Bank ("Truist"), successor by merger to SunTrust Bank ("SunTrust"). Effective December 7, 2019, SunTrust merged into Branch Banking & Trust Company, which then changed its name to Truist.

3. In my position, I am responsible for reviewing business records and files and researching factual issues pertaining to contested matters involving Truist's interests. I am familiar with the documents produced by Truist in the Production.

4. The statements set forth in this Declaration are based directly upon my review and knowledge of documents, records, databases, and data compilations made, kept, and updated in the regular and normal course of the business activities of Truist and my review of the Production. The records contained within the computer system for Truist are kept and maintained in the normal, ordinary and regular course of their business; are made at or near the time by their employees with knowledge of the account and transaction; and making these records are a regular

practice of maintaining accounts recording transactions.

5. The Production and Truist's internal records show that the following funds transfer transaction occurred:

a. JPMorgan Chase Bank N.A. ("Chase Bank") caused a funds transfer to process from an account at Chase Bank to a Truist account bearing account number XXXXXXXXX7502 ("Truist Account 7502"). The amount of the funds transfer was $133,106.78. The originator of the funds Transfer was Hamlin Tec Inc. and documents reflect that Chase Bank was the Originating Depository Financial Institution. The name of the beneficiary of the funds transfer is listed as "Union Electronic Distr". This funds transfer and the information contained herein is is reflected in documents Bates Numbers 0000002-000006.

b. Truist's records show that the account holder for Truist Account 7502 was ClassicPlan Premium Financing, Inc.

6. Truist reviewed its account records, and, as reflected in TRUIST-Hamlin000001, none of the following entities named below, without regard to capitalization, punctuation or abbreviation, referred to an identifiable or existent account maintained with Truist as of January 20, 2022 to January 21, 2022:

a. UED

b. UED Incorporated

c. UED Limited Liability Company

d. UED Company

e. UED NEW

f. UED NEW Incorporated

g. UED NEW Limited Liability Company

h. UED NEW Company

i. U.E.D.

j. U.E.D. Incorporated

k. U.E.D. Limited Liability Company

l. U.E.D. Company

m. Union Electronic Distributors

n. Union Electronic Distributors Incorporated

o. Union Electronic Distributors Limited Liability Company

p. Union Electronic Distributors Company

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the _16th__ day of May, 2024.

_Thelma Singh________

(Name), Vice President
Truist Bank, successor by merger
to SunTrust Bank

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on this 17th day of May, 2024, a true and correct copy of the foregoing documents were made via email to counsel identified below.

Steven Pollack
Pollack Law Firm
49 Sherwood Terrace, Suite 49-X
Lake Bluff, IL 60044
steve@ecoesq.com

*/s/ Punit K. Marwaha*
Punit K. Marwaha

| Product Type | Account/Loan Number | Account Holder/Borrower Names | Status | Conclusion | System Searched |
|---|---|---|---|---|---|
| N/A | N/A | UED | N/A | No Exact Matches | Client Management System |
| N/A | N/A | UED Incorporated | N/A | No Exact Matches | |
| N/A | N/A | UED Limited Liability Company | N/A | No Exact Matches | |
| N/A | N/A | UED Company | N/A | No Exact Matches | |
| N/A | N/A | UED NEW | N/A | No Exact Matches | |
| N/A | N/A | UED NEW Incorporated | N/A | No Exact Matches | |
| N/A | N/A | UED NEW Limited Liability Company | N/A | No Exact Matches | |
| N/A | N/A | UED NEW Company | N/A | No Exact Matches | |
| N/A | N/A | U.E.D. | N/A | No Exact Matches | |
| N/A | N/A | U.E.D. Incorporated | N/A | No Exact Matches | |
| N/A | N/A | U.E.D. Limited Liability Company | N/A | No Exact Matches | |
| N/A | N/A | U.E.D. Company | N/A | No Exact Matches | |
| N/A | N/A | Union Electronic Distributors | N/A | No Exact Matches | |
| N/A | N/A | Union Electronic Distributors Incorporated | N/A | No Exact Matches | |
| N/A | N/A | Union Electronic Distributors Company | N/A | No Exact Matches | |