# Appendix I
# (Filed Under Seal Pursuant to Dkt. 36 at Dkt. 33, Ex. B)