**Exhibit 1**
**to Plaintiff's Response Opposing Summary Judgment**

**(Filed Under Seal Pursuant to request at Dkt. 43**
**at Dkt. 41)**