**Exhibit 2**
**to Plaintiff's Response Opposing Summary Judgment**

**(Filed Under Seal Pursuant to request at Dkt. 43 at Dkt. 42)**