# Exhibit 3
# to Plaintiff's Response Opposing Summary Judgment

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| HAMLIN TEC, INC., | ) | |
| | ) | |
| Petitioner/Plaintiff, | ) | |
| v. | ) | Case No.: 22 L 1558 |
| | ) | |
| SUNTRUST BANK and 1&1 MAIL & MEDIA INC. | ) | Hon. Gerald V. Cleary |
| | ) | |
| Respondents/Defendants. | ) | |

**AFFIDAVIT OF**
**<u>JAMES WALSKI, PRESIDENT OF CLASSICPLAN PREMIUM FINANCING INC.</u>**

I, James Walski, state as follows:

1. I am over the age of 18 and I am competent to testify to the matters contained herein.
2. I am the president of Classicplan Premium Financing Inc., a California corporation ("ClassicPlan") with its principal business office located in Chino California. ClassicPlan is in the business of providing insurance premium financing to insureds.
3. On August 26, 2022 I received mail from Steven B. Pollack asserting he is an attorney for Hamlin Tec, Inc., and demanding the return of his client's $133,106.78, which he based on and included six pages that are Bates-stamped TRUIST_HAMLIN000001 to TRUIST_HAMLIN000006, appearing to show a Suntrust Bank Business Account Signature Card for account number REDACTED7502, appearing to be my name as "signer(s) on the above account" and a corresponding signature for my name, with "Account title" showing "Classicplan Premium Financing Inc.", containing our correct Taxpayer ID on pages 1-3 and showing "Date opened" of "09/09/2020."
4. I reviewed the documents and researched ClassicPlan's business records for the above information.
5. I did not sign this Business Account Signature Card, it does not contain my authentic signature, and that is not how I sign my signature on any documents on behalf of ClassicPlan or personally. I am the only person that would be authorized to open any bank account on behalf of ClassicPlan.
6. ClassicPlan did not submit this Business Account Signature Card, does not control this account, does not receive statements for this account, and has no knowledge who set up this account using our company's correct information, except not containing my actual signature.
7. I performed a search of our computer system and found no mention of Hamlin Tec, Inc., Union Electronic Distributors, Suntrust Bank nor Truist Bank.
8. ClassicPlan does not presently, and has never had any banking or other relationship with Suntrust Bank or Truist Bank

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Signed:______________________________ 09/01/2022

James Walski, President of Classicplan Premium Financing Inc.

Date