# Exhibit 4
# to Plaintiff's Response Opposing Summary Judgment

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HAMLIN TEC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No. 1:23-cv-03415<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Heather K. McShain |

**DECLARATION OF BOGDAN MUNTEANU**

I, Bogdan Munteanu, declare and state as follows:

1. I am the President of Hamlin Tec, Inc. (Hamlin").

2. Hamlin is a corporation formed under the laws of the State of Illinois on October 3, 2019.

3. I bought out my former partner Robynn Pauker's interest in Hamlin and became its sole owner in December of 2020.

4. On October 24, 2019, when I opened the Chase Total Business Checking account ending in -3593 with JPMorgan Chase, I was in-person and the Chase employee stated "we need your signature on this" and presented a card that indicated it was a Business Signature Card. I believed this card was only related to providing my signature to Chase for it to verify my signature on future transactions. Chase did not provide me a copy of the signature card after I signed it.

5. In my capacity as Hamlin's President, I have access in the normal course of Hamlin's business to receive and sign agreements regarding Hamlin's banking with JPMorgan Chase Bank, N.A. ("Chase").

6. From the time I opened Hamlin's Chase account ending in -3593 on October 24, 2019, through January 20, 2022 when I made Hamlin's $133,106.78 funds transfer, I never received from Chase on behalf of Hamlin any of the following documents:

a. Deposit Account Agreement;

b. ACH Payment Agreement; or

c. Vendor Payment Service Agreement

7. I printed Hamlin's completed payment order for Hamlin's January 20, 2022 funds transfer. A true and correct copy of that payment order is attached hereto as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on December 24, 2024 in Highland Park, Illinois.

Bogdan Munteanu
As President, Hamlin Tec, Inc.

# Exhibit A
# to Munteanu Declaration

CHASE for BUSINESS
Printed from Chase for Business

# Edit/delete Payee

**Protect yourself from fraud.**
Always double-check payment details with your payee. This includes calling an authorized representative you know using the number from your records, not by a return email or a phone number provided by email or letter. Call Chase immediately if you're concerned you've given out personal information or sent money to a fraudulent account.

Delete payee >

**UED NEW**

Edit name/nickname >

| | |
|---|---|
| Vendor name | Union Electronic Distributors |
| Nickname | UED NEW |

Edit details >

| | |
|---|---|
| Vendor account type | Checking |
| Vendor routing number | 063102152 |
| Vendor bank name | Truist Bank |
| Vendor account number | 1000271667502 |
| Personal or business? | Personal |
| Primary pay-from account | BUS COMPLETE CHK (...3593) |

PLAINTIFF'S EXHIBIT
1

Edit group >

| | |
|---|---|
| Group | Ungrouped |

**HAMLIN-00001**

Status ACTIVE

Last change Not Available, Jan 21, 2022 8:26:19 AM

Schedule repeating

**Schedule payment**

| Pay to | Pay from | Status | Send on | Deliver by | Amount |
|---|---|---|---|---|---|
| UED NEW (...7502) VENDOR | BUS COMPLETE CHK (...3593) | Paid | Jan 20, 2022 | Jan 21, 2022 | $133,106.78 |
| UED NEW (...7502) VENDOR | BUS COMPLETE CHK (...3593) | Canceled | Jan 19, 2022 | Jan 20, 2022 | $133,106.78 |

The terms of the ACH Payments Services Agreement apply to these payments.

You've reached the end of the activity.

JPMorgan Chase Bank, N.A. Member FDIC ©2022 JPMorgan Chase & Co. Equal Opportunity Lender

HAMLIN-00002